IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
OXFORD DIVISION

DR. AMY R. WOODS      PLAINTIFF

VS.      CAUSE NO.

CENTURION OF MISSISSIPPI, LLC,
MANAGEMENT & TRAINING CORPORATION,
JESSE WILLIAMS, INDIVIDUALLY AND
JOHN DOES 1-9      DEFENDANTS

**AFFIDAVIT OF TERESA ARAMAKI**

STATE OF Utah

COUNTY OF Davis

THIS DAY personally appeared before me, Teresa Aramaki, who, after being duly sworn, deposes and states under oath, subject to the penalty of perjury, the following:

1. My name is Teresa Aramaki. I am employed by Management & Training Corporation as Vice President of Human Resources. I am over the age of 18 and have personal knowledge of the matters set forth herein.

2. Management & Training Corporation is a corporation organized under the laws of the State of Delaware.

3. Management & Training Corporation's principal place of business is located at 500 North Marketplace Drive in Centerville, Utah.

FURTHER AFFIANT SAYETH NOT.

_____
TERESA ARAMAKI

SWORN TO AND SUBSCRIBED BEFORE ME, this the 23 day of October, 2019.

_____
NOTARY PUBLIC

My commission expires: May 4, 2021

ALYCIA HOPE GIESLER
Notary Public, State of Utah
Commission # 694940
My Commission Expires On
May 04, 2021

EXHIBIT B