IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
OXFORD DIVISION

DR. AMY R. WOODS                                              PLAINTIFF

VS.                                                          CAUSE NO.

CENTURION OF MISSISSIPPI, LLC,
MANAGEMENT & TRAINING CORPORATION,
JESSE WILLIAMS, INDIVIDUALLY AND
JOHN DOES 1-9                                                DEFENDANTS

### AFFIDAVIT OF JESSE WILLIAMS

STATE OF ___Miss___

COUNTY OF ___marshall___

THIS DAY personally appeared before me, Jesse Williams, who, after being duly sworn, deposes and states under oath, subject to the penalty of perjury, the following:

1.      My name is Jesse Williams. I am employed by Management & Training Corporation as the Warden at the Marshall County Correctional Facility in Holly Springs, Mississippi. I am over the age of 18 and have personal knowledge of the matters set forth herein.

2.      I am a permanent resident of the State of Florida. I maintain a permanent residence in the State of Florida at 3468 Julius Estates Blvd., Winter Haven, Florida 33881. I maintain a temporary residence in the State of Tennessee at 3327 Duncan Williams Road, Memphis, Tennessee 38119. I commute to and from work.

FURTHER, AFFIANT SAYETH NOT.

_____
JESSE WILLIAMS

SWORN TO AND SUBSCRIBED BEFORE ME, this the ___24___ day of October, 2019.

_____
NOTARY PUBLIC

My commission expires



STATE OF MISSISSIPPI
BEVERLY MCMULLEN
NOTARY PUBLIC
ID No. 52311
Commission Expires
April 18, 2022
MARSHALL COUNTY



EXHIBIT
C