## AFFIDAVIT OF DEANA JOHNSON

Personally appeared before me, the undersigned officer duly authorized to administer oaths, Deana Johnson, who, after being duly sworn, states under oath as follows:

1. My name is Deana Johnson. I have personal knowledge of the facts set forth in this Affidavit and know them to be true and correct. I am over the age of eighteen, am suffering no disabilities, and am competent to execute this affidavit.

2. I am the General Counsel for MHM Services, Inc. d/b/a Centurion Group, Inc., and am authorized to speak on its and its subsidiaries' behalf for purposes of preparing the present affidavit.

3. Centurion of Mississippi, LLC is a Mississippi limited liability company.

4. The sole member of Centurion of Mississippi, LLC is Centurion, LLC.

5. Centurion, LLC is a Delaware limited liability company.

6. Centurion, LLC's sole member is MHM Services, Inc.

7. MHM Services, Inc. is a Delaware corporation, and its principal place of business is in Virginia.



FURTHER AFFIANT SAYETH NAUGHT.

This 24th day of October, 2019.

                                                DEANA JOHNSON

Sworn to and subscribed before me,
this 24th day of October, 2019.

_____
Notary Public
My commission expires on: 11/2/2021