## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

| | |
|---|---|
| **DR. AMY R. WOODS,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.: 3:19-00234-NBB-RP** |
| ) | |
| **MHM HEALTH** ) | |
| **PROFESSIONALS, LLC D/B/A** ) | |
| **CENTURION PROFESSIONALS,** ) | |
| **MANAGEMENT & TRAINING** ) | |
| **CORPORATION,** ) | |
| **JESSE WILLIAMS,** ) | |
| **INDIVIDUALLY, AND** ) | |
| **JOHN DOES 1-9,** ) | |
| ) | |
| **DEFENDANTS.** ) | |

### MHM HEALTH PROFESSIONALS, LLC'S MOTION TO DISMISS

COMES NOW, one of the defendants, MHM Health Professionals, LLC, by and through its counsel, and moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Counts I, II, and IV of the amended complaint. As set forth in the accompanying Memorandum of Law in Support, even under Rule 12(b)(6)'s plaintiff-friendly standard, Counts I, II, and IV of Woods's amended complaint fail to state a claim upon which relief can be granted and are due to be dismissed.

In support of its Motion to Dismiss, MHM Health Professionals, LLC relies upon its contemporaneously filed Memorandum of Law in Support of its Motion to Dismiss. Based on the foregoing, MHM Health Professionals, LLC respectfully requests that this Court grant its Motion to Dismiss.

Respectfully submitted, this 25th day of November, 2019.

/s/ *Elizabeth R. Hadley*
Elizabeth Hadley
MS Bar No.: 99662
hadleye@gtlaw.com
**GREENBERG TRAURIG LLP**
300 West 6th Street
Suite 2050
Austin, TX 78701
(512) 320-7227 *Telephone*
(512) 233-5265 *Facsimile*

David Long-Daniels*
Georgia Bar No. 141916
Long-DanielsD@gtlaw.com
Georgia Bar No. 114066
Jacob R. Dean*
Alabama Bar No. 1552J10P
deanj@gtlaw.com
**GREENBERG TRAURIG, LLP**
Terminus 200, Suite 2500
3333 Piedmont Road, N.E.
Atlanta, Georgia 30305
(678) 553-2100 *Telephone*
(678) 553-2212 *Facsimile*

* *admitted pro hac vice*

*Attorneys for MHM Health Professionals, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of Defendant MHM Health Professionals, LLC's Motion to Dismiss was electronically filed with the Court and that counsel of record, who are deemed to have consented to electronic service in the above-referenced case, are being served this 25th day of November, 2019, with a copy of the above-document via the Court's CM/ECF System.

> R. Shane McLaughlin
> 338 North Springs Street
> Suite 2
> Post Office Box 200
> Tupelo, Mississippi 38802
>
> Rachel Pierce Waide
> Jim Waide
> Waide and Associates, P.A.
> Post Office Box 1357
> Tupelo, Mississippi 38802-1357
>
> Timothy Michael Peeples
> J. Caroline Johnson
> DANIEL, COKER, HORTON & BELL - Oxford
> P.O. Box 1396
> Oxford, MS 38655

This 25th day of November, 2019.

> /s/ Elizabeth R. Hadley
> *Attorney for MHM Health Professionals, LLC*

*ACTIVE 46812049v3*