# IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**DR. AMY R. WOODS**

    **V.**                                                        **CASE NO. 3:19CV234-NBB-RP**

**MHM HEALTH PROFESSIONALS, LLC ET AL**

**TAKE NOTICE** that a proceeding in this case has been **SET** for the date, time and place set forth below:

**Place**
U.S. FEDERAL BLDG.
**Oxford**, MS 38655

**Room No.**
911 Jackson Ave., Room 242

**Date and Time**
**December 29, 2020 at 10:00 a.m.**

**Type of Proceeding**

**FINAL PRETRIAL CONFERENCE
BEFORE UNITED STATES MAGISTRATE JUDGE ROY PERCY**

<u>DAVID CREWS</u>
Clerk of Court

<u>/s/ Rebekah Capps</u>
Courtroom Deputy

Date: December 10, 2019

**CONTACT REBEKAH CAPPS AT 662-234-3114 IF YOU HAVE ANY QUESTIONS**