## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**DR. AMY R. WOODS**                                                          **PLAINTIFF**

**VS.**                                        **CAUSE NO. 3:19-CV-00234-NBB-RP**

**MHM HEALTH PROFESSIONALS, LLC, D/B/A**
**CENTURION PROFESSIONALS;**
**MANAGEMENT & TRAINING CORPORATION;**
**JESSE WILLIAMS, INDIVIDUALLY; AND**
**JOHN DOES 1-9**                                                            **DEFENDANTS**

### ORDER GRANTING MOTION TO
### AMEND CASE MANAGEMENT ORDER

On April 22, 2020, Plaintiff Dr. Amy R. Woods filed a motion to amend the Case Management Order to increase the allowed number of requests for production from twenty-five to thirty. Docket 63. Plaintiff states that the motion is unopposed. *Id*. The court has considered the request and finds that the motion is **GRANTED.** Accordingly, the parties are permitted to propound up to thirty requests for production.

**ORDERED**, this the 22nd day of April, 2020.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE