# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

## NOTICE

DR. AMY R. WOODS

      V.                       CASE NO.   3:19CV234-NBB-RP

MHM HEALTH PROFESSIONALS, LLC ET AL

---

**TAKE NOTICE** that a proceeding in this case has been **RESET** for the place, date, and time set forth below:

---

**Place**
FEDERAL BLDG.
Oxford, MS.

**Room No.**
911 Jackson Ave., Suite 242

**Date and Time**
November 13, 2020 at 9:30 a.m.

---

**Type of Proceeding**

### SETTLEMENT CONFERENCE

**BEFORE UNITED STATES MAGISTRATE JUDGE ROY PERCY**
CONFIDENTIAL SETTLEMENT MEMO DUE NOVEMBER 6, 2020

---

DAVID CREWS, Clerk of Court

By: /s/ Rebekah Capps
Courtroom Deputy

Date: September 17, 2020

**CONTACT REBEKAH CAPPS AT 234-3114 IF YOU HAVE ANY QUESTIONS**