# Exhibit A





# Employee Handbook & Code of Business Conduct

**July 1, 2013**

**Our workforce is represented throughout the United States. We realize that regulations differ between states. This Handbook is meant to be general in nature and is not intended to replace or supersede state or local laws and regulations.**

**CONFIDENTIAL**

**MHMHP 000085**

MHM Employee Handbook & Code of Business Conduct

## WELCOME TO MHM SERVICES!

Welcome to the MHM family and thank you for joining our Company. We are delighted to provide you this Employee Handbook & Code of Business Conduct as you begin your employment with our organization.

Please take a few minutes to become familiar with its contents. It contains general information about the policies, benefits, and procedures available to guide and assist you in performing to the best of your abilities. If you have any questions please consult with your supervisor or the Human Resources Department.

Since our inception over 30 years ago, MHM has been an industry leader in providing healthcare services and has established an outstanding reputation for providing quality services to our clients in a cost effective and highly responsive manner.

Credit for this goes to everyone in the organization. With your help, we are looking forward to continued growth and prosperity as we find new and better ways to serve our clients' needs.

We extend our personal best wishes for your success and happiness at MHM.

Sincerely,

Michael S. Pinkert                    Steven H. Wheeler
Chairman and Chief Executive Officer   President and Chief Operating Officer

**CONFIDENTIAL**

MHM Employee Handbook & Code of Business Conduct

**TABLE OF CONTENTS**

Section I.  Introduction to MHM Services, Inc. .................................................................. 1
About this Handbook ........................................................................................................ 1
History of MHM ................................................................................................................ 1
Our Six Guiding Principles.............................................................................................. 1
What We Do ...................................................................................................................... 1
Client Relations ............................................................................................................... 2
At-Will Employment ........................................................................................................ 2
Employee Relations ......................................................................................................... 2
Changes in Policy ............................................................................................................ 2

Section II.  Employment .................................................................................................... 3
Equal Employment and Diversity ................................................................................... 3
Employees with Disabilities Policy ................................................................................ 3
Workplace Harassment and Mutual Respect ................................................................. 3
Sexual Harassment .......................................................................................................... 4
Reporting an Incident Under EEO, Employees with Disabilities and Harassment Policies ........ 4
Immigration Law Compliance ......................................................................................... 5
Introductory Period .......................................................................................................... 6
Assigned Equipment......................................................................................................... 6
Employment Status .......................................................................................................... 6
What to Do If an Improper Deduction or Other Payroll Error Occurs .......................... 7
Nepotism Policy ............................................................................................................... 7
Rehiring a Former Employee .......................................................................................... 7
Attendance ....................................................................................................................... 8
Dress Standard and Personal Appearance...................................................................... 8
Performance Evaluations ................................................................................................ 8
Employee Records ........................................................................................................... 9
Access to Employee Records........................................................................................... 9
Benefits and Medical Records ........................................................................................ 9
Employment Verification or Reference Requests ........................................................... 9
Job Performance and Corrective Action......................................................................... 9
Communication and Problem Solving Procedure .......................................................... 10
Termination of Employment ............................................................................................ 11

Section III.  Business Standards ....................................................................................... 11
Electronic Communications ............................................................................................ 11
Authorized Usage ............................................................................................................ 12
User Accountability ......................................................................................................... 12
Internet Code of Conduct ................................................................................................ 12
Social Media .................................................................................................................... 12
Solicitation/Distribution .................................................................................................. 13
Substance Abuse Prevention ........................................................................................... 13
Drug and Alcohol Testing ............................................................................................... 14

Section IV.  Your Pay ....................................................................................................... 14
Payroll .............................................................................................................................. 14
Time Reporting ................................................................................................................ 15
Wage Garnishments ........................................................................................................ 15
Overtime ........................................................................................................................... 15
Meals and Rest Periods ................................................................................................... 15
Business Expenses ........................................................................................................... 15

Section V.  Benefits ........................................................................................................... 15
Costs ................................................................................................................................. 17
COBRA Benefits .............................................................................................................. 17
Health Insurance Portability and Accountability Act (HIPAA)..................................... 17
401(k) Retirement Savings Plan ..................................................................................... 17
Social Security and Medicare ......................................................................................... 17
Unemployment Insurance ................................................................................................ 18

**CONFIDENTIAL**

**MHMHP 000087**

MHM Employee Handbook & Code of Business Conduct

Medical Malpractice Insurance ........................................................................................ 18
Employee Referral Program ............................................................................................ 18

Section VI. Time Off ........................................................................................................... 18
Holidays ........................................................................................................................... 18
Paid Days Off .................................................................................................................. 19
Jury Duty .......................................................................................................................... 19
Bereavement Leave ......................................................................................................... 19
Military Leave ................................................................................................................... 20
Voting ............................................................................................................................... 20
Family and Medical Leave Act (FMLA) Policy ................................................................. 20
Leave of Absence ............................................................................................................ 21
Volunteerism for Relief or Emergency Activities ............................................................ 22

Section VII. Development .................................................................................................... 22
Transfers .......................................................................................................................... 22
Promotion/Demotion ........................................................................................................ 22
Career/Professional Development and Continuing Education ........................................ 22

Section VIII. Safety and Health .......................................................................................... 23
Employee Safety .............................................................................................................. 23
Workers' Compensation ................................................................................................... 24
Workplace Violence Prevention ....................................................................................... 24

Section IX: Code of Business Conduct ............................................................................... 25
Quality of Service ............................................................................................................. 26
Compliance with Laws and Regulations .......................................................................... 26
Billing and Coding Integrity .............................................................................................. 27
Conflicts of Interest .......................................................................................................... 27
Health and Safety ............................................................................................................ 27
Human Resources ............................................................................................................ 28
Protection and Use of Information, Property, and Assets ............................................... 28
Communication and Reporting Process ........................................................................... 28
Non-Retaliation Policy ...................................................................................................... 29
Responsibility of Employees ............................................................................................ 29
Responsibility of Management .......................................................................................... 29
Administration and Enforcement of the Code .................................................................. 30
MHM Compliance Hotline ................................................................................................. 31

Section X. Appendices ....................................................................................................... 33
APPENDIX A: Agreement Not to Disclose Trade Secrets or Confidential Information ............ 33
APPENDIX B: Continuation Coverage Rights Under COBRA Initial Notice of Coverage ........ 35
APPENDIX C: Health Insurance Portability and Accountability Act (HIPAA) ............................ 37

**CONFIDENTIAL**

**MHMHP 000088**

MHM Employee Handbook & Code of Business Conduct

## Section I.  Introduction to MHM Services, Inc.

The phrase "MHM," "MHM Services, Inc.," and "the Company," throughout this Handbook, refer to MHM Services, Inc., and all of its subsidiaries, joint ventures and affiliates, and the policies, requirements, and procedures contained in this Handbook are applicable to all employees thereof.

### About this Handbook

This Handbook has been written to serve as a guide in the employer/employee relationship and give you general information about the Company's policies, practices and work rules. Bargaining Unit employees should compare the information contained in this Handbook to their applicable Collective Bargaining Agreement.  If there are differences, the Collective Bargaining Agreement takes precedence over this Handbook.

No statement in this Handbook is intended to set forth as contractual commitments or obligations of the Company to any individual employee or group of employees or to establish an exception to the employment at-will doctrine.  Both the employer and the employee may at any time, terminate the employment relationship, for any reason, with or without cause.

### History of MHM

When the Company was founded in 1981, MHM's principal businesses were the management of behavioral healthcare programs under contracts with acute care hospitals and the operation of freestanding behavioral health care facilities.  In recent years, the Company has focused its efforts on providing expanded health services in other institutional settings, principally correctional facilities.

### Our Six Guiding Principles

MHM was founded on six important and fundamental principles which endure to this day.  These principles guide our decision-making and have made us a leader in healthcare services nationwide.

- **Integrity –** Integrity is the cornerstone of our Company's culture, and our philosophy toward our employees and our clients.  It is the basis on which all decisions affecting client relations, patient care, and employee well-being are made.  Our Company's reputation has been built on this most important principle.

- **Thinking Proactively –** Thinking proactively is essential to our ability to anticipate the needs of our clients, our employees, and to respond effectively by identifying both problems and their solutions.

- **Professionalism –** Professionalism is what we must demonstrate at all times – to the client, to the patients we serve, and to one another.  It is what sets MHM apart.

- **Thinking "Outside the Box" –** Thinking "outside the box" is critical in our environment and one of the traits that MHM is known for in our industry.  The world of healthcare is ever-changing and we are continually recognized for our innovative approaches that create a "value add" for our clients.

- **Sense of Urgency –** Our employees are known for doing their jobs efficiently, for their responsiveness to client requests, and for implementing needed changes promptly and effectively. Having a sense of urgency is vital to our success.

- **Results Count –** Our continued success is dependent on MHM delivering the quality services we are committed to provide year in and year out.  Without those results, our client has every right to award the contract to someone else.  We must always stay focused on results.

### What We Do

MHM is a leading provider of specialized healthcare services to inmate populations.   Serving state and municipal correctional facilities in over 11 states with a total population more than 260,000, MHM applies management principles to areas most critical to correctional healthcare systems – recruitment, program management, clinical operations and pharmacy management. MHM has pioneered a unique public-private partnership model for clients that offers more flexibility, transparency and control to correctional systems while lowering costs. Currently MHM employs over 2,000 healthcare professionals in almost 200 correctional facilities.

**CONFIDENTIAL**

1

MHM Employee Handbook & Code of Business Conduct

**Client Relations**

The success of MHM depends upon the credibility and quality of the relationships among MHM, our clients, the clients' employees, and the clients' populations (patient, resident or inmate). Equally critical to our success are our credible relationships and high standards in the daily interactions with each other as MHM employees and fellow healthcare professionals, as well as with our suppliers and the general public. Our clients' impression of MHM and their interest and willingness to continue relationships with us are greatly formed by those who provide services to them. In a sense, regardless of your position, you are MHM's ambassador. The more goodwill you promote, the more our clients, as well as their employees and residents, will respect and appreciate you, MHM, and MHM's services.

**At-Will Employment**

Your employment is on an at-will basis, which means you have the right to terminate your employment at any time for any reason, and we have that same right. This is a legal qualification, and is in no way meant to diminish your value to the company and the quality of services we anticipate you will provide. It is important, however, that you understand no inference as to employment for any specific period of time is to be drawn from the fact that at times this letter and other employment-related materials may refer to certain compensation or benefits on an annualized basis. You are expected to comply with all MHM internal policies and procedures as well as any of our client's policies and procedures which may be applicable to you, which may be amended from time to time. Finally, you understand that as a requirement of working on this MHM program, you are required to obtain and maintain facility access privileges at the correctional facility to which you are assigned, which is granted and may be revoked by the client in its sole discretion. In addition, you understand that, because of MHM's status as a contractor to the client, you serve at the pleasure of the client who may also, with or without reason, request that you be removed from the program. Loss of access privileges or requests for your removal from the program by the client will result in termination of your employment with MHM.

**Employee Relations**

MHM believes that it can only achieve business success through successful relationships with its employees. While we all have a part in ensuring a successful employment relationship, MHM's Human Resource Department is primarily responsible for leading our Human Resource practice. MHM's Human Resource Department consists of a centralized Human Resource function at its Virginia headquarters, referred to as "Corporate Human Resources," and field Human Resource representatives, called "Human Resource Business Partner," or "HR Business Partner" who are located within certain MHM regional offices. Your supervisor will acquaint you with who your regional HR Business Partner is and how to contact them. Throughout this Handbook, there are various references to MHM's Human Resource Department and contacting either Corporate Human Resources or your HR Business Partner in regards to employment-related matters. You should, whenever appropriate, discuss employment-related matters with your Supervisor first. If your Supervisor and HR Business Partner are unable to assist you, you are always welcome to contact the Corporate Human Resource Department concerning any employment-related matter, by calling our corporate offices in Virginia at (703)749-4600 and asking for the Director of Human Resources, or by sending an email to the general Human Resource Department email box at hr@mhm-services.com.

**Changes in Policy**

Changes in benefits, policies, or rules will not be made without serious consideration to the advantages, disadvantages, and responsibilities such changes would have on you as an employee and on our Company. However, due to the fluid nature of business, and potential changes in economic conditions, we reserve the right to retain flexibility in the administration of our policies and procedures. This means that we may add, change, revise, or eliminate any of the policies and/or benefits outlined within this Handbook in whole or in part, at any time with or without prior notice, approval, or consideration of employees. If we do make changes, we will distribute dated addendums to you as soon as practicable. It is the responsibility of the employee to ensure they review any updated Handbooks and other HR policies.

MHM will comply with all applicable federal, state, and local laws, rules, and regulations concerning employment. In the event of a conflict between anything stated in this Handbook and any federal, state or local law, rule or regulation, the law will be followed and will supersede only the provisions of this Handbook that are in conflict with the law.

**MHMHP 000090**

## Section II.  Employment

### Equal Employment and Diversity

MHM values a diverse workforce with all the unique qualities that individuals of various backgrounds and experiences can offer to our company.    MHM is committed to providing employees the opportunity to develop to their fullest potential without regard to race, color, sex, age, religion, national origin, marital status, sexual orientation, veteran status, disability or any other protected category.

We strive to ensure that our decisions concerning recruitment, hiring, training, promotion, compensation, as well as any and all other personnel actions, are consistent with and supportive of the principle of equal employment opportunity.

It is MHM's policy to cooperate to the fullest extent with the applicable regulations of Title VII of the Civil Rights Acts of 1964, the Age Discrimination in Employment Act of 1975 as amended, the National Labor Relations Act, the Civil Rights Act of 1991, the Americans with Disabilities Act, the Family Medical Leave Act, the Fair Labor Standards Act, and Section 504 of the Rehabilitation Act.

We must all share in our responsibility in making MHM an equal opportunity employer.  Should you ever encounter a problem or have a question regarding MHM's Equal Employment Opportunity Policy, please contact the Human Resources Department.

### Employees with Disabilities Policy

MHM complies with the Americans with Disabilities Act and other federal, state and local laws designed to ensure equal employment opportunities to persons with disabilities.  MHM does not discriminate in employment against qualified individuals with disabilities, and understands our obligation to make reasonable accommodations for individuals with physical or mental limitations that qualify as a disability unless the accommodation would impose an undue hardship for the Company.  It is an applicant's or employee's responsibility to participate in this interactive process by seeking an accommodation, assisting MHM in reviewing accommodation alternatives and providing medical certification of the need for an accommodation.

Any employee who wishes to seek accommodations under this policy should contact Human Resources. Whether a requested accommodation would create an undue hardship will be determined based on the facts of each particular case.  Examples of accommodations include, but are not limited to:
- Building accessibility
- Job restructuring
- Leaves of Absence
- Modified work schedules
- Modified equipment/devices
- Assistance with selection exams/tests
- Provision of readers/interpreters

Please contact Human Resources regarding a request for accommodation. Because most of our placements are within correctional settings (jails and prisons), we may have limited capability to implement accommodations. The Human Resource Department will review the request with the appropriate persons in the field.

### Workplace Harassment and Mutual Respect

MHM is committed to a work environment in which all individuals are treated with respect and dignity. MHM will not tolerate harassment of employees. Under this policy, harassment is verbal or physical conduct that denigrates or shows hostility or aversion toward an individual because of his or her race, age, sex, national origin, religion, creed, ancestry, medical conditions, marital status, disability, genetic predisposition or carrier status, sexual orientation or any other characteristic protected by law or that of his or her identified relatives, friends or associates.  Harassment of fellow employees and non-employees on these grounds is prohibited.

Workplace harassment may be characterized by the following:
- Has the purpose or effect of creating an intimidating, hostile or offensive work environment
- Has the purpose or effect of unreasonably interfering with an individual's work performance
- Adversely affects an individual's employment opportunities

**CONFIDENTIAL**

Harassing conduct may include, but is not limited to:
- Epithets, slurs or negative stereotyping
- Threatening, bullying, intimidating or hostile acts
- Denigrating jokes and display or circulation in the workplace of written or graphic material that denigrates or shows hostility or aversion toward an individual or group (including through e-mail)

If you think another employee, client, visitor, vendor or any other business contact is harassing you in violation of this policy, ask that person to stop immediately.  If they continue to violate the policy, contact your Supervisor or your HR Business Partner. MHM expects that employees will act properly and professionally toward each other.  We should respect our co-workers and work with them in a manner that indicates such respect.  Even though many kinds of harassment are not unlawful, and MHM is not responsible for problems related to such types of harassment, MHM fully expects its employees to interact with each other professionally and respectfully.

This policy applies at all MHM offices and work locations and also to MHM-sponsored events, offsite meetings, business travel, and any other offsite locations where employees perform work for MHM.

**Sexual Harassment**
The  Equal Employment Opportunity Commission (EEOC) has defined sexual harassment as unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when: (1) submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment; (2) submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; or (3) such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive working environment.

Sexual harassment may include a range of subtle and not so subtle behaviors and may involve individuals of the same or different gender.  Depending on the circumstances, these behaviors may include, but are not limited to:
- Unwanted sexual advances or requests for sexual favors
- Sexual jokes and innuendo
- Verbal abuse of a sexual nature
- Commentary about an individual's body
- Sexual prowess or sexual deficiencies
- Leering, catcalls or touching
- Insulting or obscene comments or gestures
- Display or circulation in the workplace of sexually suggestive objects or pictures (including through e-mail)
- Any other physical, verbal or visual conduct of a sexual nature that would reasonably be considered offensive or harassing

Sex-based harassment, that is, harassment not involving sexual activity or language (e.g., male manager yells only at female employees and not males), may also constitute discrimination if it is severe or pervasive and directed at employees because of their sex.

Everyone at MHM, and especially employees in a Supervisory position, is expected to avoid any behavior or conduct that could be interpreted as unlawful harassment.  Employees should also understand that they have the responsibility to inform an individual whenever that individual's behavior is unwelcome, offensive, in poor taste or inappropriate.

**Reporting an Incident under EEO, Employees with Disabilities and Harassment Policies**
MHM requires the immediate reporting of all incidents of discrimination, harassment, or retaliation, regardless of the offender's identity or position. Individuals who believe they have experienced or witnessed conduct that they believe is contrary to MHM's policy should file their complaints with their Supervisor, Program Manager and also either their HR Business Partner or the Corporate HR Department. In the event the incident involves the employee's Supervisor, the employee should notify the HR Department, either through their regional HR Business Partner or through the Corporate HR Department.

**CONFIDENTIAL**

MHM Employee Handbook & Code of Business Conduct

The availability of this complaint procedure does not preclude individuals who believe they are being subjected to harassing conduct from promptly and firmly advising the offender that his or her behavior is unwelcome and requesting that it be discontinued. Early reporting and intervention have proven to be the most effective method of resolving actual or perceived incidents of harassment. MHM requires the immediate reporting of complaints or concerns so that rapid and constructive action can be taken. MHM will take appropriate steps to stop alleged harassment or discrimination but can only do so with the cooperation of its staff/employees.

## Retaliation Is Prohibited

MHM prohibits retaliation against any individual who makes a good-faith report of discrimination or harassment or participates in an investigation of such reports. Retaliation against an individual for reporting harassment or discrimination or for participating in an investigation of a claim of harassment or discrimination is a serious violation of this policy and, like harassment or discrimination itself, may be subject to disciplinary action up to and including suspension and/or termination.

## Individuals and Conduct Covered

Equal Employment Opportunity, Employees with Disabilities, and Harassment policies apply to all applicants, employees, supervisors and managers, and prohibit harassment, discrimination and retaliation whether engaged in by fellow employees, by a Supervisor or manager or by someone not directly connected to MHM (e.g., an outside vendor, consultant or customer).

Conduct prohibited by these policies is unacceptable in the workplace and in any work-related setting outside the workplace, such as during business trips, business meetings and business-related social events.

## Investigations

Any reported allegation of harassment, discrimination or retaliation will be investigated promptly, thoroughly and impartially by the Human Resources Department. The investigation may include individual interviews with the parties involved and, where necessary, with individuals who may have observed the alleged conduct or may have other relevant knowledge.

Confidentiality will be maintained throughout the investigatory process to the extent consistent with adequate investigation and appropriate corrective action.

## Responsive Action

Misconduct constituting harassment, discrimination or retaliation that is properly brought to MHM's attention will be dealt with promptly and appropriately. If the investigation reveals evidence that there was a violation of Company policy or the law, MHM is committed to responding with appropriate action. Responsive action may include, for example, training, referral to counseling, monitoring of the offender and/or disciplinary action such as warning, reprimand, withholding of a promotion or pay increase, reduction of wages, demotion, reassignment, temporary suspension without pay or termination, as MHM believes appropriate under the circumstances. Any such actions taken by MHM are final.

Finally, these policies should not, and may not, be used as a basis for excluding or separating individuals of a particular gender, or any other protected characteristic, from participating in business or work-related social activities or discussions in order to avoid allegations of harassment. The law and the policies of MHM prohibit disparate treatment on the basis of sex or any other protected characteristic, with regard to terms, conditions, privileges and perquisites of employment. The prohibitions against harassment, discrimination and retaliation are intended to complement and further these policies, not to form the basis of an exception to them.

Individuals who have questions or concerns about these policies should talk with their HR Business Partner or a senior member of the Corporate Human Resources Department.

## Immigration Law Compliance

In compliance with the Immigration Reform and Control Act of 1986 (IRCA) as amended, MHM is required to employ in the United States only individuals who are authorized to work in the United States. In connection with IRCA, MHM must collect certain information and review certain documentation concerning the employment authorization of individuals hired after November 6, 1986. Under the IRCA, each new employee must provide a document or documents that demonstrate the employee's identity and authorization to work in the United States and complete Part I of Federal form I-9. Such

**CONFIDENTIAL**

documentation, or receipts for applications for applicable documentation, must be provided to Human Resources within three business days from the employee's first day of employment.

The Company utilizes E-Verify and information collected may be submitted through this system. E-Verify is an Internet-based system operated by the Department of Homeland Security (DHS) in partnership with Social Security Administration (SSA) and allows participating employers to electronically verify the employment eligibility of their newly hired employed. E-Verify works by electronically comparing the information on an employee's Form I-9 with SSA and DHS records to verify the identity and employment eligibility of each newly hired employee. If an employee produces a receipt instead of a document, the required document must be produced within 90 days of the start of employment. This information and documentation will be used only for compliance with IRCA and not for any unlawful purpose. If your employment authorization changes or terminates after the start date of your employment, it is your responsibility to inform the Human Resources Department immediately.

If an employee is authorized to work in this Country for a limited time period, the individual will be required to submit proof of renewed employment eligibility prior to expiration of that period in order to remain employed by MHM.

**Introductory Period**
Your first 90 days of employment are considered to be your Introductory Period. This is a time when each new employee's performance is reviewed to ensure suitability for the position for which he or she has been hired. It is also your opportunity to provide feedback to your Supervisor about your experience at MHM so far. You and your Supervisor share the responsibility for your performance, development, and well-being.

During this period, your Supervisor will speak with you about your progress and work more closely with you to ensure you are aware of company policies and his or her expectations for you in your job responsibilities. Your Supervisor will closely observe you for attitude, reliability and job performance. If you have questions in regard to any aspect of your job, you should not hesitate to speak with your Supervisor.

This Introductory Period may be extended by additional periods of time at the Supervisor's sole discretion. Additionally, if you are absent for any reason during your Introductory Period, the period may be extended to allow the Company an opportunity to evaluate the employee for a full 90-day period.

Successful completion of your Introductory Period does not alter your status as an "employee-at-will." This means that at any time during your employment, the Company may choose to terminate your employment for any reason not prohibited by law, just as you may choose to leave the Company for any reason. Note: Any employee covered by a Collective Bargaining Agreement will be subject to the terms of that agreement.

**Assigned Equipment**
You may be assigned special equipment for your work. All equipment issued to you remains MHM's property. It is your responsibility to ensure that the full inventory of assigned property is maintained and returned to the Company upon separation. You will be held accountable for every piece of equipment assigned to you and, if you are unable to return the equipment at the end of your service, the Company will withhold the necessary amount from your last check to compensate for the loss of equipment. Loss or breakage must be reported to your Supervisor immediately. You are responsible for the replacement of any Company property lost or damaged through your negligence.

**Employment Status**
MHM's employment status categories are defined as follows:
1.      Full-Time Employee (30+ hours/week):   An employee who is regularly scheduled to work at least 30 hours per week.
2.      Part-Time Employee (1-29.9 hours/week):   An employee who is regularly scheduled to work less than 30 hours per week.
3.      PRN Employee (Per Diem):  An employee who works on an as-needed basis. A PRN employee's hours worked may fluctuate from week to week in accordance with the needs of the business and may range in any given week between zero hours and 40 hours of work.

MHM positions are designated as either "exempt" or "non-exempt," as governed by the Fair Labor

Standards Act (FLSA).  If you are an exempt employee, the Fair Labor Standards Act (FLSA) requires you to be paid on a salaried basis; that is, you must receive your regular salary each week in which you perform any work, subject to certain exceptions delineated by the United States Department of Labor. "Exempt" employees typically have job responsibilities that are professional, managerial or supervisory in nature.  Exempt employees do not receive overtime pay for hours worked over 40 hours in a work week.

It is our policy to comply with the requirements of the FLSA. We want employees to be aware of this policy and to know that the Company does not allow deductions that violate the FLSA.

"Non-exempt" employees are employees who are not exempt from the overtime provision of the Fair Labor Standards Act.  "Non-exempt" employees receive time-and-one-half (1+1/2) their average weekly rate of pay when working more than 40 hours in a work week.

Your specific designation as "exempt" or "non-exempt" will be confirmed to you via your offer letter and may be updated from time to time as the laws change. The Human Resources Department will notify you of any status change at any time during your employment.  If you have any questions regarding your exemption status you can contact the Human Resources Department.

**What to Do If an Improper Deduction or Other Payroll Error Occurs**
If you believe that you have not been adequately paid all wages due to you, you should immediately report this information to the HR Department.

Reports of improper wage payment will be promptly investigated. If it is determined that an improper wage payment has occurred, you will be promptly reimbursed for any error. MHM does not tolerate any retaliation against those who make such reports.

**Nepotism Policy**
MHM permits the employment of qualified relatives of employees as long as such employment does not create a conflict of interest. For purposes of this policy, "immediate family" is defined as a spouse, domestic partner, child, parent, sibling, grandparent, grandchild, aunt, uncle, cousin, niece, nephew, corresponding in-law, "step" relation or any member of the employee's household. The Company will use its sound judgment in the placement of related employees in accordance with the following general guidelines:
- Individuals who are related by blood, marriage, or reside in the same household are permitted to work in the same department, provided no direct reporting or Supervisor to subordinate relationship exists. That is, no employee is permitted to work within the "chain of command" in which one immediate family member's work responsibilities, salary, hours, career progress, benefits or other terms and conditions of employment could be influenced by the other immediate family member.
- Employees should neither initiate nor participate, directly or indirectly, in employment actions (initial employment or appointment, retention, promotions, wages, hours, benefits, work assignments, leave of absence, career progress, etc.) involving members of their immediate family or household.
- Employees who marry another MHM employee while employed, or become part of the same household, may retain their positions, provided that one is not under the direct or indirect supervision of the other.  It is the responsibility of the employee to notify his or her Supervisor if such family/household relationship is established.  In turn, the Supervisor must advise the Program Manager. If a conflict arises as a result of the relationship, one of the employees may be transferred at the earliest practicable time

**Rehiring a Former Employee**
An employee who has resigned in good standing, whose record shows they are eligible for rehire, and who meets the minimum requirements for a vacant position, may be rehired at the discretion of the Company.  The following general conditions will apply:
- Applicable background investigations, reference checks, physical exams and drug screenings must be completed for all rehired employees, regardless of the amount of time the employee had a break in service.
- Former employees who have had a break in service of less than six (6) months and who worked in a full time position for a minimum of one (1) year prior to termination, will have their Paid Days Off ("PDO") balance restored and their seniority date on record will be the same as prior to termination.
- Former employees who have had a break in service of six (6) to twelve (12) months will be reinstated to the same PDO accrual level they had before their departure. PDO balance will not be restored; however, the seniority date on record will be the same as prior to termination.

**CONFIDENTIAL**

MHMHP 000095

• Former employees who have had a break in service with the Company of more than twelve (12) months are considered new employees for purposes of annual leave accruals, health benefits and seniority.

**Attendance**

Although our work force is large, each member contributes a great deal to our overall operations. We depend on each scheduled employee to be at work on time to execute the duties of his or her job. Your attendance and punctuality are crucial for our clients and your fellow employees.

You are responsible for being at work as scheduled and are expected to maintain a satisfactory level of attendance and punctuality. If you are unable to report to work for any reason, you must report your absence and the reason for your absence, as soon as you are aware that you will be unable to report to work, and as soon as possible before your scheduled starting time or as required by your work location. When reporting that you are unable to work, it is your responsibility to make direct contact with your Supervisor or your Supervisor's stated designee ONLY and to follow your department's established protocol. If you do not know what the policy is, it is your responsibility to ask your Supervisor. Notification by a family member or coworker will only be accepted in extreme situations. Excessive absenteeism or tardiness, excused or unexcused, will lead to disciplinary action.

Employees who fail to arrive at work and to call their Supervisor to advise of their absence (no show, no call) for three consecutive days are subject to termination due to job abandonment, and will be classified as having voluntarily resigned from their position and will not be eligible for rehire.

Employees who leave their assigned work area/location before appropriate relief arrives or without permission of the Supervisor may be subject to immediate termination and reporting to the appropriate licensing board.

See your Program's Paid Leave policy for guidance on attendance matters as they relate to unscheduled absences.

**Dress Standard and Personal Appearance**

MHM has established a "business casual" dress standard. "Business casual" is appropriate on most workdays and in most work settings. However, there will be situations where the business purpose of a meeting with a client or supplier requires "business attire" (business suit). Employees are expected to recognize when business attire is appropriate and dress accordingly. If there is any doubt as to whether "business casual" or "business attire" is appropriate, it is always best to err on the side of "business attire."

Clients may have additional dress and/or appearance standards for MHM employees. Typically, these will be the same as those for their own employees, and may be in writing, or based on their culture and practice. You will be expected to comply with the client's standards. In certain locations, passing through security scanners is part of the entry process and care should be taken to not wear clothing that will prohibit access. Please talk with your Supervisor if your work location has any restrictions.

A neat, professional, and tasteful appearance contributes to the positive impression you make on our clients. This bolsters your own poise and self-confidence and greatly enhances the Company's image. What is considered "tasteful" differs in different parts of the Country, with different clients, and in different business situations. Therefore, we cannot provide an "all inclusive" description of what is "tasteful" and what is not.

A majority of MHM's positions are located inside a correctional facility. Due to this work environment, MHM wants to stress the importance of how appropriate dress and/or appearance standards can affect your safety. Inappropriate attire can bring about unwanted attention from individuals within the correctional setting, thus putting the employee in a situation where personal safety may be compromised. If your Supervisor believes that your attire or appearance is not appropriate, then you may be directed to leave your workplace (without pay) until you are properly attired or groomed.

**Performance Evaluations**

MHM believes that all employees should have the opportunity from time to time to review their work performance with their Supervisors, and to discuss job-related concerns, interests, and career goals.

Corporate-based employees receive an annual evaluation on or near a focal point review date, generally at fiscal year-end. Field-based employees are generally evaluated annually from their contract anniversary date. Supervisors will let employees know the program's contract anniversary date. Sometimes the contract anniversary date may change as a result of contract extensions.

In addition, under current practice, all new employees will receive a 90-day "Check-In" appraisal around the third month of service, and MHM encourages mid-year reviews as well.

**Employee Records**

MHM maintains certain records for each of its employees, which may include such information as the employee's job application, resume, records of training, documentation of performance, salary adjustments, and other employment records required by applicable law.

You are expected to provide the Human Resources Department with accurate and up-to-date personal information including name, home address, telephone numbers, and tax withholding information, marital status, dependent information, beneficiary designations, scholastic achievements, and emergency contacts. Maintaining accurate and current information will provide us the ability to communicate important information regarding employee benefits and other policy changes.

Employee records are the property of MHM.

**Access to Employee Records**

While you are an employee of MHM, if you wish to see your record, you should make your request through either your HR Business Partner or Corporate Human Resources. An appointment will be arranged at a mutually convenient time. Upon written release from the employee, MHM will provide a copy only of item(s) in the employee's record that have been signed by the employee unless otherwise required by state law.

Former employees will not have access to their employee record unless it is required by state law or as a result of a legal subpoena or court order.

Access to employee records may be granted to representatives of government or law enforcement agencies in the course of their business and in response to a legal subpoena or court order or as part of MHM's contractual obligations to its clients. Such cases will be handled on an individual basis, and should be directed to the Corporate Human Resources Department.

**Benefits and Medical Records**

All benefit election insurance and medical information related to an employee is maintained separate from the employee's personnel record. Insurance and medical information about an employee will be supplied to an employee's designated physician or other requesting person only in accordance with the employee's specific written request or a legal subpoena or court order.

Employees are permitted access to their benefits records with reasonable notice. A Human Resources representative must be present while the employee reviews his or her own benefits record.

All employee benefits and medical records are the property of MHM.

**Employment Verification or Reference Requests**

All requests for employment verification or references on current or former employees must be referred to the Corporate Human Resources Department. Supervisors should not provide any employment information to outside agencies. Upon receipt of written release from employee, information given by phone will be limited to verification of employment dates, position title, and salary. In response to written requests (e.g. mortgage applications), information such as salary, dates of employment, and job position may be provided after an authorization signed by the employee is provided.

**Job Performance and Corrective Action**

MHM believes in providing job-related performance feedback to employees, recognizing both the achievements and areas of improvement on a consistent basis. MHM recognizes that at times it may become necessary to counsel an employee for work-related performance issues. MHM is committed to providing this feedback in a constructive and timely manner to maximize the employee's ability to correct

MHMHP 000097

performance deficiencies. The types of corrective action below are designed to assist in the improvement of the employee's job performance or work-related behavior.

Generally, corrective action steps will be as follows:

1. Verbal counseling – Provided to correct actions or behavior that are not yet serious in nature and/or recurring. Although this step can be informal, if appropriate or necessary to clarify the severity of the performance issue, the verbal conversation may be documented and placed in the employee's file.
2. Written counseling – Given to an employee when verbal counseling, persuasion and encouragement have failed to correct the problem or when the employee has committed a serious and/or repeated offense. Depending on the severity of the incident or behavior an employee may receive more than one written warning. Employees are asked to sign the written counseling document, not necessarily to demonstrate agreement, but to indicate they have received a copy and have been counseled by their Supervisor.
3. Suspension without Pay – If circumstances require investigation by either the client or for internal purposes, the employee may be suspended from coming to work until the investigation is complete. All suspensions are unpaid and the employee will not be permitted to use accrued leave time. All client-based suspensions will not be paid even if the employee is allowed to return to work following the conclusion of the investigation. If an employee is suspended pending an internal investigation and then is returned to work, the employee will be allowed to use accrued PDO to cover time out of work.
   a. In addition MHM may choose to suspend an employee without pay when all other methods to correct behavior or performance have failed. MHM can suspend an employee up to three business days to give the employee the opportunity to consider their employment and dedication to correcting the behavior or performance issue. Employees will not be paid for any time for a suspension due to corrective action and may not use PDO.
4. Termination – Occurs with appropriate evaluation by program management and review by a Human Resources representative, due to the employee's failure to correct a given behavior or action. An employee may be dismissed without prior verbal or written counseling if the behavior is deemed to be of a nature or severity which warrants immediate termination.

MHM, at its sole discretion, will determine whether an infraction or misconduct justifies progressive corrective action, suspension or termination, immediate or otherwise.

As a reminder, your employment with MHM is a voluntary at-will relationship, which means that either you or MHM may terminate the employment relationship at any time, with or without cause.

**Communication and Problem Solving Procedure**
If you have any questions concerning your job or job-related activities, the first person you usually should talk to is your Supervisor. If, however, you do not feel comfortable discussing a particular personal matter with your Supervisor, be assured that there are other methods of communication available to you. The procedure below does not apply to claims related to Equal Employment Opportunity (EEO), Employees with Disabilities or Harassment policies. For guidance on reporting such claims see EEO, Employees with Disabilities, or Harassment in Section II.

During the performance of your duties, questions or problems may arise or personal problems may occur that affect your work. The following procedure has been established for your use in resolving any such questions or problems, other than those pertaining to discharge.

Step 1: Within seven consecutive calendar days of the occurrence of the problem, talk the problem over with your immediate Supervisor in a formal meeting.

Step 2: In the event your Supervisor does not resolve your problem to your satisfaction within seven consecutive working days, you may ask, within the following seven consecutive working days for a meeting with your Program Manager to discuss the matter.

Step 3: In the event your Program Manager does not resolve your problem to your satisfaction you may ask within the following seven consecutive working days to talk it over with your HR Business Partner for a final resolution in coordination with the appropriate representative of the Corporate Human Resources Department.

MHMHP 000098

We believe this procedure makes it possible to obtain an adequate review of your problem. We recognize that some problems may be of a personal nature and that, for this or some other good reason, you may prefer not to discuss the matter with your Supervisor. In such a case, you should take the problem directly to your Program Manager or their designee and follow steps 2 to 3 above.

If you fail to follow this procedure in a timely manner, it is understood that you will not contest MHM's action further. Remember that we cannot help you solve your problems if you do not tell us about them.

**Termination of Employment**
ALL EMPLOYEES ARE EMPLOYED "AT-WILL" AND EITHER YOU OR MHM MAY TERMINATE THE EMPLOYMENT RELATIONSHIP AT ANY TIME, WITH OR WITHOUT CAUSE. Employees choosing to end the employment relationship are expected to provide two weeks notice of termination. Prescribers and other senior clinicians may be asked to provide additional notice of their resignation. Specific details of this requirement will be communicated in writing. Note: Any employee covered by a collective bargaining agreement will be subject to the terms of that agreement.

If you are considering leaving because something on the job is troubling you, talk it over with your Supervisor before taking the final step of resigning. We sincerely want to know about such conditions so that we may help correct them if they are within our control.

If you do leave MHM, you will receive your final pay on the next regular payday on which your pay would normally come due or as mandated by state law. You may not utilize PDO in your final two weeks of employment nor have your last day be on a Company holiday.

All keys, IDs, forms, office supplies, client lists, company documents, computer discs or any other property belonging to MHM must be returned on or before your last day of employment. Failure to return Company property may result in legal action. You are asked to remove all personal property from the premises prior to your last day of work with MHM.

## Section III.  Business Standards

**Electronic Communications**
MHM utilizes various forms of electronic communication services in its workplace, including but not limited to e-mail, voice mail, instant messages (IMs), computer networking, mobile phones, PDAs and Intranet and Internet access services. These systems, the equipment and data stored within the system, including any and all messages generated on or handled by the system, including back-up copies, are and remain at all times, the property of MHM and should be used for MHM business only. Employees should not expect that the Company's equipment or communications services will afford to them any privacy; all systems are accessible by management and will be monitored. The policies related to the Company's Electronic Communications systems are administered jointly through the Senior Director of Information Technology in coordination with the Corporate Human Resources Department. Use of MHM's computer systems constitutes an employee's acceptance of this policy and agreement to abide by its terms.

As productivity enhancement tools, MHM encourages the business use of electronic communications, including faxes, e-mail, Instant Messages (IMs), voice mail, and remote access (hereinafter "Electronic Communications"). These systems are intended to allow you to communicate easily with co-workers and colleagues concerning business matters.

Electronic Communications are monitored and the usage of Electronic Communications systems will be monitored to support, among others, operational, maintenance, auditing, security, and investigative activities. As a matter of law, MHM may from time to time be called upon to release Electronic Communications to law enforcement and private litigants who may be involved in legal action against or connected to you and/or MHM. Note that all email messages including personal email may be considered discoverable material and may, therefore, be subject to and released in response to various government and court-ordered legal actions. Therefore, users should be mindful of this fact in their use of Electronic Communications.

**Authorized Usage**

MHM Electronic Communications systems are to be used only for business activity. Incidental personal use is permissible so long as: (1) it does not consume more than a trivial amount of resources, (2) does not interfere with worker productivity, and (3) does not preempt any business activity. Users are not allowed to use the MHM Electronic Communications system for charitable endeavors or private business activities.

**User Accountability**

Regardless of the circumstances, individual passwords must never be shared or revealed to anyone. To do so exposes the authorized user to be responsible for actions the other party takes with the password.

If users need to share information, they should utilize authorized information-sharing mechanisms. To prevent unauthorized parties from obtaining access to electronic communications, users must choose passwords which are non-obvious and difficult to guess.

**Internet Code of Conduct**

Internet access is provided to individuals based upon business needs to benefit the Company through connection to worldwide information resources. Employees have a responsibility to maintain and enhance MHM's public image while accessing the Internet by following these guidelines:

- Employees using Internet access via approved Company hardware and software are representing MHM at all times while using such hardware and software; their conduct should be ethical and lawful at all times. Channels may be accessed for official Company business to gain technical or analytical information and to establish business contacts.
- Internet access should not be used for personal gain or advancement of personal views, for solicitation of non-Company business, or result in the disruption of the Company network operation or interfere with personal productivity at work.
- Employees may not send/upload Company copyrighted materials, confidential information, trade secrets, proprietary information, or similar materials to third parties. Employees may not violate the copyright laws in regard to receipt/download of materials available on the Internet by copying and disseminating information, except for purposes falling under the category of "fair use."
- All messages created, sent, or retrieved over the Internet are the property of the Company. The Company reserves the right to access and monitor all messages and files on the computer system at any time. All communications can be disclosed to law enforcement officials or other third parties without prior consent of the sender or the receiver.
- Harassment of any kind is strictly prohibited. Transmitting or otherwise disseminating messages with derogatory or inflammatory remarks regarding race, religion, national origin, sexual orientation, or other protected attributes is prohibited as is use of the MHM's computer system to take any action that violates MHM's Equal Opportunity/Diversity and Workplace Harassment Policies.
- Employees may not use Internet access via Company hardware and software for unlawful purposes. Similarly, employees may not transmit or otherwise disseminate electronic communications for any unlawful purpose.
- Violations of the Internet Code of Conduct may result in disciplinary action up to and including termination and illegal activities may be reported to law enforcement.

**Social Media**

Social Media (e.g., facebook, twitter, YouTube, etc.) sites are not accessible through the Company network. For Social Media site usage outside of the Company network, employees are expected to follow these guidelines:

- Communications should be consistent with MHM or affiliates' Handbook, Electronic Communications Policy, Internet Code of Conduct Policy, Standards for Business Conduct Policy, values, and applicable laws.
- Communications in online communities should never contain information that identifies a patient's identity or health condition in any way.
- Communications must not contain MHM or affiliate confidential, proprietary or trade-secret information.
- Individuals may be held personally liable for defamatory, proprietary or libelous commentary.
- Unless an individual is serving as an approved, official spokesperson for MHM or an affiliated entity in online communications, such communications are the individual's personal opinions and do not reflect the opinion of MHM or its affiliated entities. Each individual employee, physician, volunteer or other associate of MHM or its affiliates is personally responsible for their posts (written, audio, video or otherwise).

**CONFIDENTIAL**

MHMHP 000100

- If employees, physicians, volunteers or other associates of MHM and its affiliated entities acknowledge their relationship with MHM and/or its affiliates in an online community, they shall include disclaimers in their online communications advising that they are not speaking officially on behalf of the Company.

**Solicitation/Distribution**

It is the policy of MHM to protect you from disruptive intrusions during your work time. Therefore, we have established the following guidelines to address solicitation and distribution activities in our facilities. For the purpose of this policy the following definitions are provided to assist in the interpretation of activities which are prohibited:

- Solicitation: Any form of solicitation whether for membership, subscriptions, money, gifts or the purchase of merchandise, tickets or services other than union-related activities.
- Distribution: The distribution of any literature or merchandise that is not being distributed in the normal course of the business of MHM.
- Working time: Includes the working time of both the employee doing the solicitation or distribution and the employee to whom it is directed, but does not include break, lunch or other duty-free periods of time.
- Working areas: Areas where the normal business of MHM is conducted. Working areas do not include locker rooms, lunch rooms, break rooms or other areas where normal business activity is not conducted.

Only employees, business invitees, vendors and suppliers doing business with our facilities are permitted on our premises. Other persons should not be on our property or in our facilities, and, for safety purposes; you should report their presence to the Manager or her/his designee immediately. Non-employees may never engage in solicitation, distribution or postings of written or printed materials of any nature at any time in or on any facility's premises.

Off-duty employees are not permitted access to the interior of company premises except to conduct business with the Company's management or administrative office that cannot be conducted during the employee's regular work shift. If the off-duty employee is non-exempt, he or she must report this time as time worked so accurate compensation can be paid.

**Substance Abuse Prevention**

MHM is committed to protecting the safety, health, and well-being of our employees, clients, and all people who come into contact with our employees, workplaces, property, and/or use our services. We recognize that drug and alcohol abuse poses a direct and significant threat to this goal, and to the goal of a productive and efficient working environment in which all employees have an opportunity to reach their full potential. Therefore we are committed to ensuring a substance-abuse-free working environment for all of our employees, and underscore that commitment through the implementation and enforcement of this policy.

DRUG PROHIBITION: MHM strictly prohibits the possession, use, sale, attempted sale, purchase, attempted purchase, conveyance, distribution, transfer, dispensation, cultivation, and/or manufacture of illicit drugs or other intoxicants at any time, and in any amount or any manner – as well as the abuse/misuse of alcohol and prescription drugs.

"Illicit drugs" includes all drugs, narcotics, and intoxicants for which possession or misuse is illegal under federal law, and includes prescription medications for which the employee does not have a valid prescription. The deliberate use of prescription medications and/or over-the-counter drugs in a manner inconsistent with dosing directions, or in a manner which may result in impairment, is considered illicit drug use. In addition, the use of chemical intoxicants for other than a legitimate and therapeutic purpose is considered illicit drug use.

ALCOHOL PROHIBITION: MHM prohibits the abuse, misuse, or possession of alcohol while working. MHM also prohibits the presence of alcohol on the Company's premises (defined as all buildings, facilities, and property – including parking areas – owned or leased by the Company, and all places where the Company conducts business, including client facilities) by its employees or by any agent representing the Company.

The Company also prohibits the use of alcohol, or the possession of opened containers of alcohol, by employees operating Company-provided vehicles, or operating any other vehicle while on Company

**MHMHP 000101**

business. Please refer to the Automobile Safety Policy for a complete list of rules governing the use of vehicles while on Company business. Moreover, the use or abuse of alcohol off-the-job which could impair – to any extent – performance on-the-job, will be considered a violation of this policy. Employees should also note that non-alcoholic beer is unacceptable as most have a trace amount of alcohol and give the impression of consuming alcohol.

USE OF PRESCRIPTION MEDICATIONS: Employees who use prescription and/or over-the-counter medications – that the employee or his or her health-care provider believes may impair the employee's ability to perform his or her job responsibilities safely – are responsible for notifying their immediate Supervisor or the Human Resources Department so that steps can be taken to minimize the safety risks posed by such use. Employees may be asked to obtain a doctor's certification that the employee can safely perform the responsibilities of his or her position. An employee may need to require special authorization before bringing any medication into a correctional facility. All employees should check with their Supervisor prior to bringing any medication, whether prescription or over-the-counter, into a correctional facilities. Any information the Company may learn about the employee's health or medicines will be treated as confidential, and will be shared with Company's personnel only on a need-to-know basis.

**Drug and Alcohol Testing**

Employees will be subject to drug and/or alcohol testing as a condition of continued employment as directed by the Company or its clients, at its sole discretion. This includes, but is not limited to, drug and/or alcohol testing on a for cause basis, as part of a post-incident investigation, during and post-rehabilitation, random testing and/or as otherwise deemed necessary and appropriate by the Company. An employee's refusal to submit to testing; failure to fully cooperate in the testing process; attempt to tamper with, substitute for, adulterate, dilute, or otherwise falsify a test sample; and/or any other conduct which would intentionally prevent or compromise a valid test result will be considered insubordination and may result in termination of employment.

Employees who are drug or alcohol tested, and whose tests are confirmed positive for alcohol or for illegal or legal substances not previously disclosed to MHM, may have their employment with the Company terminated. In circumstances which warrant it, the Company will notify law enforcement, and will fully cooperate with any resulting investigation and prosecution.

Substance-abuse prevention is everyone's responsibility. The Company expects all of its employees to recognize and accept this responsibility, and to do their part in assuring that – working together – we can achieve and maintain a substance-abuse-free working environment for all MHM employees.

Employees in violation of this Policy will be subject to disciplinary action, up to and including suspension or termination, even in first offense cases.

# Section IV.  Your Pay

**Payroll**

Depending on the State and/or program, MHM employees are paid either biweekly or semimonthly as follows:  MHM Employees on a semimonthly payroll receive their pay on the 10th and 25th day of the month, employees on a biweekly payroll receive their pay every other Friday. If the pay date falls on a weekend or holiday, then the pay date will be on the preceding business day. Employees should contact their Regional Office Administrator for Pay Dates in your program.

All employees are paid electronically either through direct deposit or through an ADP TotalPay Card. Employees are strongly encouraged to enroll in direct deposit of their paycheck.  Instructions will be provided with the forms that are required for completion. By using direct deposit, employees will have their personal bank account(s) automatically credited each payday with their net "take home" pay. Employees who do not enroll in direct deposit will be paid through an ADP TotalPay Card.

Details of your earnings and deductions for each pay period will be available to you on specified pay dates and are available for viewing online.

It is very important that employees let the Human Resources Department know immediately of any address changes. The Company will periodically send important information by mail, including W-2 earnings statement each January to the employee's home address on record.

**CONFIDENTIAL**

**MHMHP 000102**

MHM Employee Handbook & Code of Business Conduct

**Time Reporting**
MHM requires you to accurately report all hours worked. MHM uses Kronos automated timekeeping system to record hours worked by employees.

The hours worked by facility-based employees are used as a basis for billing our clients and for payroll purposes. Because accurate timekeeping is a critical component in obtaining accurate information to be used in billing our clients, it is absolutely critical that we have 100% compliance in the proper use of the timekeeping system. Failure to regularly and accurately record your daily hours worked is a violation of policy. Fraudulent use of any timekeeping system or other means to track time such as time sheets or exception sheets will result in immediate termination of employment.

If an employee uses a call-in system for timekeeping, the employee must clock in or out at the clock within the facility. Use of a cell phone to call-in is considered fraudulent usage and is grounds for dismissal.

New employees will receive instructions on how to punch in and out of the timekeeping system, as well as instructions on their responsibilities in ensuring accurate recording of time each day.

If you forget or are otherwise unable to punch in or out, you are responsible for immediately notifying your Supervisor and submitting an exception form for review and approval by no later than the start of the next shift you work. Repeated failure to clock in or out will result in disciplinary action.

**Wage Garnishments**
MHM honors all federal, state, and local taxing authorities, as well as court wage orders. Garnishments are made in accordance with applicable law, until such time as the court or tax authority releases the wage withholding order. It is strongly recommended that private arrangements for the satisfaction of an employee's personal financial obligations be made with creditors prior to the need for the Company to become involved with an individual's financial affairs.

**Overtime**
Non-exempt employees will receive one-and-one-half times (1+1/2) their average weekly rate of pay for hours worked in excess of forty (40) hours in a work week (unless State law dictates otherwise). MHM defines a work week as 12:01 a.m. Sunday, until 12:00 midnight the following Saturday. On each pay date, please verify all pay details immediately to ensure that you have been paid correctly for all regular and overtime hours worked each week. If there is an error, you are responsible to notify your Supervisor immediately.

All overtime must be approved by your Supervisor or Manager in advance of working the overtime. Employees are prohibited from performing work that is not reported on the employee's time card or electronic time record and doing so may result in termination.

Paid time off will not be considered "hours worked" when determining eligibility for overtime pay. Paid time off includes but is not limited to holiday pay, any paid leave, or bereavement leave.

**Meals and Rest Periods**
Individual state laws differ regarding length and payment for meal and rest breaks. Please refer to the Meal and Rest Period Policy for your Program for specifics. These policies can be obtained from the HR Department.

**Business Expenses**
MHM recognizes the occasional need for employees to incur costs on behalf of the Company in order to support business operations. All eligible expenses must be submitted to Accounts Payable within 90 days of the incurred expense or will be ineligible for reimbursement. For specifics, please see the Travel Policy.

## Section V. Benefits

MHM believes that your paycheck is only part of your total compensation package, and therefore provides its employees with additional benefits described below. This Handbook contains a very general description of these employee benefits, which is not intended to, and does not provide you with all the details of these benefits. This Handbook does not change or otherwise interpret the terms of the official

**MHMHP 000103**

plan documents where applicable (e.g., the plan documents governing our health and welfare benefits). Your rights can be determined only by referring to the full text of the official plan documents, which are available for your examination from the Benefits Department. To the extent that any of the information contained in this Handbook is inconsistent with the official plan documents, the provisions of the official plan documents as determined by the Plan Administrator will govern in all cases.

Nothing contained in the benefit plans described herein shall be held or construed to create a promise of employment or future benefits, or a binding contract between the Company and its employees, retirees or their dependents, for benefits or for any other purpose. All employees shall remain subject to discharge or discipline to the same extent as if these plans had not been put into effect.

The Company reserves the right, in its sole and absolute discretion, to amend, modify or terminate, in whole or in part, any or all of the provisions of the benefit plans described herein. Further, the Company reserves the exclusive right, power and authority, in its sole and absolute discretion, to administer, apply and interpret the benefit plans described herein, and to decide all matters arising in connection with the operation or administration of such plans.

Full and part-time employees may be eligible for the following benefits:

**Full-time employees (30+ hours)**
Medical, Dental and Vision Insurance
Group Term Life/AD&D
Supplemental Life Insurance
Disability Insurance
Flexible Spending Accounts
Employee Assistance Plan
Workers' Compensation
401(k) Retirement Plan
Professional Development Reimbursements
Paid Holidays
Paid Days Off (PDO)
Jury Duty Leave
Bereavement Leave
Voluntary Benefit Options
Malpractice Insurance

**Part-time employees (20-29 hours)**
Paid Holidays
Paid Days Off (PDO)
Employee Assistance Plan
401(k) Retirement Plan
Bereavement Leave
Jury Duty Leave
Workers' Compensation
Malpractice Insurance

**Part-time employees (1-19 hours)**
401(k) Retirement Plan
Worker's Compensation
Malpractice Insurance

**Per Diem employees**
Malpractice Insurance
Workers' Compensation

**Medical, Dental, and Vision Insurance**
Full-time employees (30+ hours per week) are eligible for Company medical, dental and vision insurance programs on the first of the month following their date of hire, OR, the first of the month if the hire date is on the first, OR, the first of the month following the date an employee becomes full-time.

Employees will receive detailed benefit information and enrollment instructions from the Benefits Department prior to their eligibility date, as well as during the annual Open Enrollment period. Any questions should be directed to the Benefits Department.

Enrollment occurs when the Enrollment Form and any supporting documentation (such as a beneficiary designation) is received by the Benefits Department. If enrollment material is not received in the initial 30-day period following date of eligibility, the Internal Revenue Code prevents enrollment or any changes to elected benefits until the next Open Enrollment period (for an effective date of January 1st of the following year) unless there is a qualifying event or change in life circumstances. Events that meet the definition of a qualifying event include the birth/adoption of a child, marriage, divorce, or employment changes. There is a 30-day period from the date of the event in which to change your benefits participation if a qualifying event occurs. Any such changes in benefits must be consistent with the change in family status.

Employees may elect coverage for themselves and eligible dependents. Eligible dependents include:
- A legal spouse, as evidenced by a legal marriage consummated by a solemnized ceremony as defined by state law.

- Dependent children up to the age of 26 or any unmarried children who cannot support themselves because of mental retardation, mental illness, or physical incapacity that began prior to the child reaching the age limit.
- Same sex domestic partner, as evidenced by a signed Domestic Partnership Declaration.

**Costs**

The Company and employees share the cost of the coverage under these plans. Because these plans meet the specifications of a Section 125 plan under the Internal Revenue Code (a "Cafeteria" plan) employee contributions may be made in pre-tax dollars, thus minimizing the impact of the cost on take-home pay.

Employees who are absent from work due to leave under the Family and Medical Leave Act will be required to continue to pay their share of the cost of any health benefit plans in which they participate as if they were actively at work in order to maintain continued coverage during the leave.

Employees who are absent from work on a personal leave of absence which continues for more than thirty (30) days, or who are absent from work due to family or medical reasons which extend beyond the time permitted under the Family and Medical Leave Act, will be required to pay their share of the cost of any health benefit plans in which they participate as if they were actively at work in order to maintain continued coverage during the leave. If an employee fails to make timely payment of regular deductions, coverage will be terminated according to plan specifications.

**COBRA Benefits**

The Consolidated Omnibus Reconciliation Act (COBRA), as amended, may allow employees and their dependents who are covered by the MHM health insurance programs to temporarily continue that coverage following certain qualifying events (such as termination of employment), when health coverage would otherwise end. COBRA continuation rights are described in greater detail in Appendix B and in the separate information you receive when you initially enroll in a health insurance plan and when this coverage is offered to you following loss of eligibility. If you need additional information, please contact the Benefits Department.

**Health Insurance Portability and Accountability Act (HIPAA)**

The Health Insurance Portability and Accountability Act of 1996 (HIPAA), as amended is another law that has provisions that may affect decisions you make about continuing to participate in a health plan after eligibility would otherwise end. Please refer to Appendix C in this Handbook for additional information regarding your rights to privacy. Offer of extended coverage under COBRA and certification of prior coverage under HIPAA will be provided by letter mailed to the employee's last address on file with MHM. This will be provided directly from the insurance carrier approximately 3 to 4 weeks after the effective date of the end of coverage.

**401(k) Retirement Savings Plan**

All full and part-time employees who are at least 21 years of age are eligible to participate immediately in MHM's 401(k) Savings Plan. PRN employees are not eligible to participate. Employee contributions are made on a pre-tax basis. Employees can make changes to their deferral or fund selection at any time.
MHM provides a Company match beginning the first day of the month following six (6) months of employment. All employer matching contributions are immediately vested. Time in a PRN position is not counted toward the six (6) months. You may contact the Benefits Department for a full description of MHM's 401(k) Savings Plan.

The Company may amend, modify, change, or decide to terminate its 401(k) Savings Plan at any time. You will receive communication from the Company if the plan is amended, modified, changed or terminated.

**Social Security and Medicare**

You are covered under the provisions of the Federal Insurance Contribution Act (FICA). FICA deductions consist of both Social Security and Medicare tax. These benefits are often very significant to you and your family in preparing for the future. The amount of deduction from your wages is matched by MHM and credited toward your Social Security benefits. If you have questions, contact either the Human Resources Business Partner in your region or your local Social Security office for further details.

**MHMHP 000105**

**Unemployment Insurance**

You are covered by State and Federal unemployment insurance. You may be entitled to this benefit if you become unemployed through no fault of your own.

**Medical Malpractice Insurance**

MHM carries Professional Liability Insurance, also called Malpractice Coverage, for the protection of the Company as well as the individual medical providers. The policy covers all employees for their lawful, professional services provided on behalf of MHM within the scope of their individual licensure.  When an employee leaves MHM, coverage will still apply for those services provided during the course of their employment.  For more information, contact the Human Resources Department.

**Employee Referral Program**

MHM realizes that the best recruiters of new employees can be current employees. Therefore, employees who recommend candidates who are hired may be eligible for monetary awards based on their position and the position their referral is hired for.  Please contact the Recruiting Department for the latest program details.

## Section VI.  Time Off

**Holidays**

Full-time employees who are regularly scheduled 30+ hours a week are eligible for holiday pay.  In addition, part-time employees scheduled to work 20-29 hours are eligible for prorated holiday pay. Holidays recognized by MHM vary by contract and are published at the end of each year for the following year.  Please see your Regional Office for a list of observed holidays.

Generally speaking, when the date of the holiday falls on a Saturday, MHM will observe the holiday on the preceding Friday.  When the holiday falls on a Sunday, MHM will observe the holiday on the following Monday. MHM employees working at facilities will observe the above holidays consistent with the days the client's employees observe holidays.  If an employee has paid leave scheduled during a company-recognized holiday, paid leave will not be charged to you for the holiday.

Hours worked on a holiday that are not approved by the Program Manager will be paid at a regular rate unless it constitutes overtime or state law dictates otherwise. Unapproved work on a holiday may result in disciplinary action.

Employees eligible for holiday pay must work, or be on planned and pre-approved time off the last scheduled day before the holiday, and their first scheduled day after the holiday, in order to receive holiday pay.

If a holiday falls on a day an eligible employee is regularly scheduled to work and the employee does work a full shift on the holiday, the employee should work with their Supervisor and observe the holiday within the next thirty (30) days. Failure to use "day off" within the following 30 calendar-day period will result in its forfeiture.

Chart A: Holiday pay for employees not working on a holiday will be as follows:

| Employee Status | Holiday pay |
|---|---|
| FT (30+ hours/week) Exempt/Non-exempt | 1 day not to exceed 8 hours |
| PT (20-29 hours/week) Exempt/Non-exempt | 1 day not to exceed 4 hours |
| PT (< 20 hours/week) Exempt/Non-exempt | No holiday pay |
| Per Diem (PRN) | No holiday pay |

**MHMHP 000106**

MHM Employee Handbook & Code of Business Conduct

Chart B: Holiday pay for <u>working</u> on an MHM recognized holiday will be as follows:

| Employee Status | Rate of Pay for Working the Holiday |
|---|---|
| FT (30+ hours/week) Exempt | Regular |
| FT (30+ hours/week) Non-exempt | One and one-half |
| PT (20-29 hours/week) Exempt | Regular |
| PT (20-29 hours/week) Non-exempt | One and one-half |

Holidays are not paid to employees on FMLA or a personal LOA.

**Paid Days Off**

Full-time employees and part-time employees that regularly work twenty (20) hours or more per week are eligible for the Company's paid leave benefit. Employment in a PRN role does count toward accrual seniority if the employee later becomes full or part-time. For specifics on the paid leave benefit applicable to your employment, please contact the HR Department.

You will begin accruing paid leave on your first day of employment. However, you will not be eligible to take any leave until you have completed ninety (90) calendar days of service unless prior approval of the Program Manager.

Paid leave should be requested and approved by your Supervisor or designee at least two (2) weeks in advance in order to be considered approved leave. The Company reserves the right to deny requests for paid leave based on the needs of the business.

Unplanned leave may be used for unexpected personal illness, family illness, and family emergencies. Your Supervisor should be notified as soon as possible of your request of unscheduled leave, but in no event should notification be any later than one (1) hour before your scheduled starting time or as required by your work location. You must also submit a Leave Request Form to your Supervisor immediately upon returning to work or by the end of the pay period, whichever comes first.

Non-exempt employees should be aware that their available leave balance will be used to cover any unplanned absence from a full scheduled work day. Exempt employees should be aware that their available leave will be charged in increments of one hour to cover any unplanned absence from a scheduled work day.

Paid Days Off will not accrue while an employee is on any form of Leave of Absence, such as Family Medical Leave, extended Jury Duty, approved Personal Leave (to include leave on STD), Military Leave, or Workers' Compensation Leave.

**Jury Duty**

Full-time and part-time (20-29 hours/week) employees who are called for jury duty and submit proof of attendance will be compensated for only the days spent in service as a juror ("Jury Duty Pay"). In the event you receive notice to report for jury duty, please notify your Supervisor immediately so that arrangements can be made to have your duties covered until you return to work. Jury Duty Pay will only be paid if the jury service is on day or days that you would have otherwise been scheduled to work, and for the number of hours that you would have been scheduled. The Company will pay your full regular straight time earnings and you will endorse over to the Company your jury pay check from the government unless otherwise prohibited by state law. Time spent on jury duty will be counted as regular working time for all purposes except overtime. The employee must return to work for any reasonable time the court is closed during normal work hours. In many systems, an employee is asked to call into the court system the night before to confirm if attendance is required. If an employee is not utilized, the employee is expected to come into work as scheduled.

The maximum amount of Jury Duty Pay will be ten (10) days in any calendar year or as required by federal or state law.

**Bereavement Leave**

Full-time and part-time (20-29 hours/week) employees who suffer the loss of a spouse, same-sex domestic partner, children or step-children, parents or step-parents, siblings, grandparent, grandchild,

**MHMHP 000107**

current mother/father-in-law, current grandparent-in-law, current son/daughter-in-law, and current brother/sister-in-law will be allowed up to three (3) consecutive work days off with pay to attend the memorial service. This time off must be used within two (2) weeks of the death. Bereavement Leave pay will be calculated on an employee's regular work schedule not to exceed eight hours per day. Employees may be required to provide appropriate documentation to support the bereavement request.

Employees may be granted extended Bereavement Leave beyond the paid company leave days on a case-by-case basis and will be required to use available accrued leave benefits.

**Military Leave**
If you join a branch of the Armed Forces of the United States or you are a member of a reserve component of the U.S. Armed Forces or the National Guard, you may be entitled to take a leave of absence under the Uniformed Services Employment and Re-employment Rights Act of 1994 (USERRA), which provides enhanced leave rights and job protection for employees absent for military duty. USERRA prohibits discrimination in employment and retaliation against any person who was, is, or applies to be, a member of a uniformed service, or who performs or has any obligation to perform service in a uniformed service.

While on leave, you may use accrued leave but are not required to do so. At the conclusion of the leave, you will generally have the right to return to the same position held prior to the leave or to a position with equivalent seniority, pay and benefits. You are requested to notify your Supervisor as soon as you are aware of the military obligation. For further details concerning USERRA, or for any questions regarding the Company's military leave policy, applicable state and federal laws and continuation of benefits, contact your HR Business Partner.

**Voting**
MHM encourages employees to complete this privilege during non-work hours. If it is not possible for an employee to perform this function before or after work, the Company may approve leave for the purpose of voting if requested in advance to their Supervisor. Such leave should be scheduled at the beginning or end of the work day and the amount of leave approved is at the discretion of the Program Manager.

Employees will be allowed time to vote and be paid for such time if required by the applicable state law.

**Family and Medical Leave Act (FMLA) Policy**
MHM grants unpaid leave for periods of absence for reasons covered by federal or state Family and Medical Leave Act (FMLA) in accordance with the terms of the Company's FMLA Policy.

Leaves of absence under FMLA are available only to employees who have been on the Company payroll for a period of 12 months AND who have worked or been paid for at least 1250 hours in the 12 months preceding the request for leave.

An eligible employee may take up to a maximum of 12 weeks of leave in a "rolling year" under the provisions of this policy.

During approved FMLA leave for an employee's own serious health condition or to care for a seriously ill family member, any accrued PDO must be exhausted before incurring leave without pay. To request FMLA leave, contact the Corporate Human Resources Department.

**Military FMLA**
Appropriate military leaves of absence will be granted by the Company under state and federal law. To be eligible for military FMLA leave, you must submit documentation confirming your need for leave to your Regional Office as soon as possible after you receive your orders. Upon your return, you will be entitled to reinstatement and benefits in accordance with federal and state laws. During the leave period, benefits will cease to accrue except as provided for by applicable federal and state laws.

During approved Military FMLA leave any accrued paid leave must be exhausted before incurring leave without pay.

MHMHP 000108

**Service Member Family and Medical Leave**

The Federal Family and Medical Leave Act (FMLA) now entitles eligible employees to take leave for a covered family member's service in the Armed Forces ("Service Member FMLA"). This policy supplements our FMLA policy and provides general notice on employee's rights to such leave. Except as mentioned below, an employee's rights and obligations to Service member FMLA Leave are governed by our existing FMLA policy.

During approved Service Member Family and Medical Leave any accrued paid leave must be exhausted before incurring leave without pay.

**Leave Entitlement**

Service Member FMLA provides eligible employees unpaid leave for any one, or for a combination, of the following reasons:

- A "qualifying exigency" arising out of a covered family member's active duty or call to active duty in the Armed Forces in support of a contingency plan; and/or
- To care for a covered family member who has incurred an injury or illness in the line of duty while on active duty in the Armed Forces provided that such injury or illness may render the family member medically unfit to perform duties of the member's office, grade, rank or rating.

**Duration of Service Member FMLA**

When Leave Is Due To a "Qualifying Exigency": An eligible employee may take up to 12 work weeks of leave during any 12-month period.

When Leave Is To Care for an Injured or Ill Service Member: An eligible employee may take up to 26 work weeks of leave during a single 12-month period to care for the service member. Leave to care for an injured or ill service member, when combined with other FMLA-qualifying leave, may not exceed 26 weeks in a single 12-month period.

Service Member FMLA runs concurrent with other leave entitlements provided under federal, state and local law.

**Leave Under State Military Leave Laws**

A growing number of states provide leave for family members of service members. The entitlements for such leave differ from state to state. Our policy is to comply with such laws in any circumstances where they apply to employees of our Company.

**Leave of Absence**

Full-time and part-time employees of MHM who have completed 90 days of service and who are not otherwise eligible for FMLA may request a Personal Leave Of Absence (LOA).

A LOA can be requested for personal or medical reasons and approval is at the sole discretion of the Company. LOAs are not job protected and are generally unpaid unless the employee has accrued paid leave.

1. Paid leave will not accrue while out on an approved LOA. An employee must use available leave benefit during a LOA. If no leave balance is available, or when leave is exhausted, then the remainder of the LOA will be unpaid. Leave accrual will begin to accrue after the employee returns and works a full pay period.

2. If the employee is on a personal LOA (non-FMLA) for more than 30 days, benefits will terminate the last day of the month following 30 days. The employee and their dependents will be eligible to enroll in COBRA benefits and may re-enroll into benefits once returned to full-time, active status. The employee is responsible for the employee portion of benefit premiums while on LOA status.

3. If an employee fails to return to work at the end of a LOA, they will be deemed to have resigned and their employment will be terminated.

4. Any LOA requires the prior request and approval of the Program Manager for program staff and the Department Head for corporate staff. Leave that starts prior to such approval will be considered unplanned.

5. Employees who are out on an unplanned absence for more than five business days will be put in LOA status if the Supervisor determines they will continue employment with MHM and will not accrue leave benefits until returned to active status. Employees are expected to submit documentation for any unplanned absence of more than five days to the program prior to his/her return to work.

**MHMHP 000109**

6.      Employees who are out for any medical related LOA will be expected to submit a Return to Work form prior to return in order to show they are physically able to complete all job responsibilities.

**Volunteerism for Relief or Emergency Activities**
MHM recognizes its responsibility as a good corporate citizen to help people in need during difficult times. We encourage our employees to become involved in their communities by lending their voluntary support to programs that positively impact individuals in times of crisis.

Through this policy, MHM supports volunteer activities and programs that are targeted at state/national/international relief programs or projects of a similar nature.   This program is available to full-time and part-time MHM employees who serve in volunteer programs that service humanitarian or crisis situations and are approved by the Human Resources Department.

Employees are to contact their HR Business Partner to obtain more information and details of the approval process.

## Section VII.  Development

**Transfers**
MHM's policy is to review for approval, on an individual basis, an employee's request to transfer to a same or similar job position at a different Program location.  All transfers will be contingent upon:
1.      Employee must have held the same current position for a minimum of six (6) months.
2.      The availability of an open position at the location requested.
3.      The employee's ability to meet the minimum job qualifications coupled with demonstrated satisfactory past performance.
4.      Both the current and prospective Program Managers must mutually agree to the transfer.

The employee will retain their original Company service date (date of hire) and all accrued unused paid leave hours will be transferred to the new Program. The employee will bear all costs relating to their transfer unless otherwise approved in advance by the prospective Program Manager.

**Promotion/Demotion**
A promotion is defined as a move from one position to another that is assigned a higher level of responsibility, authority and/ or pay. It shall be the policy of MHM to seek qualified applicants for vacant positions, giving consideration to promoting from among those already employed by the Company.

A demotion is defined as a move into a position with reduced level of responsibility, authority and/or pay. An employee can voluntarily request a demotion, but the Company is under no obligation to grant this request.

A Supervisor's recommendation to promote or demote an employee shall be reviewed by and is subject to the approval of the applicable Department Director or Program Manager.  All employees who are promoted shall begin a new Introductory Period beginning the first day in the new position. This new Introductory Period is subject to the same guidelines set forth in the "Introductory Period" in this Handbook.

**Career/Professional Development and Continuing Education**
MHM takes pride in providing the resources, tools, and an environment where learning is encouraged and promoted for all employees throughout the organization.  Our mission is to provide just-in-time and well-defined learning experiences, operational training, and career development unleashing opportunity for employees to achieve their professional goals, improve performance, and provide leadership and service to others.

All full-time employees, who have completed sixty (60) days of continuous employment with MHM, are eligible for a pre-approved stipend towards the reimbursement of some of the costs of continuing education, career, and professional development courses or seminars outside of the MHM offerings. Courses, seminars, and/or conferences that are required to maintain or acquire licensing are included under this policy.  The maximum financial stipend and paid days off per calendar year vary depending upon an employee's position.

The ability to offer our employees such benefits furthers our vision of creating a culture of life-long learning and development, fostering greater accountability, retention, and a strong customer-focused workforce, along with distinguishing ourselves as an industry leader.

Employees who voluntarily terminate employment or are terminated as the result of gross misconduct within one year of receiving the reimbursement will be required to repay MHM for the full amount of the reimbursement received.

## Section VIII. Safety and Health

### Employee Safety

MHM is committed to ensuring the safety and health of all employees and recognizes the need to comply with regulations governing injury and accident prevention and employee safety. Maintaining a safe work environment, however, requires the continuous cooperation of all employees. MHM strongly encourages you to communicate with your Supervisor regarding any safety issues.

MHM will maintain safety and health practices consistent with the needs of our industry. If you are ever in doubt about how to safely perform a job, it is your responsibility to ask your Supervisor for assistance. Any suspected unsafe conditions and all injuries that occur on the job must be reported immediately. Compliance with these safety rules is considered a condition of employment. Therefore, it is a requirement that each Supervisor make the safety of employees an integral part of their regular management functions. It is the responsibility of each employee to accept and follow established safety regulations and procedures.

### Reporting Safety Issues

All accidents, injuries, potential safety hazards, safety suggestions and health and safety related issues must be reported immediately to your Supervisor. If you are injured on the job, you should contact your immediate Supervisor. If an injury does not require medical attention, a First Injury Report must still be completed in case medical treatment is later needed and to ensure that any existing safety hazards are corrected. All First Injury Reports must be submitted within 48 hours of the incident.

The Occupational Safety and Health Administration (OSHA) requires that we keep records of all illnesses and accidents that occur during the workday. State Workers' Compensation Act also requires that you report any workplace illness or injury, no matter how slight. If you fail to report an injury, you may jeopardize your right to collect workers' compensation payments as well as health benefits. OSHA also provides for your right to know about any health hazards which might be present on the job. Should you have any questions or concerns, contact the HR Business Partner in your region or the Corporate Human Resources Department.

### Be Health and Safety Conscious

MHM is vitally interested in the health and safety of each employee, and we will make every effort to comply with the law in all respects. However, this is your responsibility too. Observe and obey all safety rules, refrain from using your cell phone while driving, and report any unsafe conditions to your Supervisor. Any on-the-job or work-related injury must also be reported immediately to your Supervisor.

MHM understands that exposure to communicable diseases may occur in any setting. We support our employees in their right to private medical care. Currently, CDC immunization guidelines suggest vaccination for the following communicable diseases, Tdap (tetanus, diphtheria, pertussis), MMR (mumps, measles, rubella) and Varicella (chickenpox). We encourage our employees to discuss the need for these vaccinations with their primary care physicians. In the event that an occupational exposure occurs, you will be required to provide MHM proof of either vaccination or immunity (lab confirmation), or you may be subject to vaccination or furlough based upon Public Health Department guidance at the time.

MHM has developed an Exposure Control Plan to comply with the OSHA Bloodborne Pathogen Standards and/or applicable state standards. The purpose of the Exposure Control Plan is to eliminate or minimize occupational exposure to bloodborne pathogens for MHM healthcare staff determined to be "at risk" for exposure. Specific job classifications were identified as "at risk" due to the potential for these employees to:
- Interact with uncooperative, agitated and/or combative inmates;

MHMHP 000111

- Provide direct inmate healthcare; and/or
- Be involved with the handling of contaminated materials.

Please see the Infection Control Plan for full details.

MHM will offer, at no cost to the employee, the Hepatitis B vaccination series and follow-up titer testing within ten (10) days of hire; appropriate personal protective equipment; hand wash and cleaning supplies; safety needles and other available sharps safety equipment.

Remember also that MHM reserves the right, at its discretion, to require current employees to submit to medical or physical examinations or tests at any time as a condition of continued employment. Such examinations are with the purpose of ensuring the employee is fit for duty and include but are not necessarily limited to blood, urine, or breath tests for the presence of alcohol, drugs or other abnormal substances. Except when otherwise specifically allowed by MHM these examinations will be performed by a health care practitioner designated by MHM. MHM assumes no responsibility for advising you of the results of such exams, and any information obtained through such exams may be retained by MHM and is exclusively MHM's property. Your submission to and cooperation in such examinations or tests is a condition of your continued employment.

**Workers' Compensation**
All employees are covered by workers' compensation insurance, which may compensate an employee for lost time, medical expenses, and loss of life or dismemberment from an injury arising out of or in the course of work in accordance with federal and state law. Employees must report any accident or injury immediately to their Supervisor, who will notify the Regional Office or the Corporate Human Resources Department so that the necessary paperwork may be completed. Failure to report work related injuries/incidents in accordance with MHM's procedures may delay or preclude payment of benefits. Employees should NOT file Workers' Compensation claims with the Department of Corrections or with the State, but rather with MHM as described above.

If an employee loses time from work due to a worker's compensation injury, all necessary FMLA paperwork will be sent to the employee, if applicable. Workers' Compensation and FMLA will run concurrently. For an extended leave due to a Workers' Compensation qualified injury, the employee may have to use accrued PDO or use LWOP to satisfy state waiting periods for benefits.

**Workplace Violence Prevention**
MHM does not tolerate any acts or threats of violence. This applies to violent or threatening conduct of any kind, whether it is directed against an employee, client, vendor, or outside party and whether it occurs on MHM's or Client's property, at a Company-sponsored event, or under other circumstances that may negatively affect our ability to continue operations.

Although not inclusive, the following behaviors may be classified as acts or threats of violence for purposes of disciplinary action:
- Threatening behavior or acts of violence.
- Use of obscene, abusive or threatening language or gestures.
- Behavior that creates a reasonable fear of injury to another person, or subjects another person to emotional distress.
- Intentionally damaging MHM's or Client's property, or property of a co-worker, client, vendor or other outside party.
- Bringing firearms or other weapons onto MHM's or Client's property.

Violent conduct is unacceptable behavior, and anyone who is found to have engaged in such conduct will be appropriately disciplined, up to and including termination of employment. In appropriate circumstances, MHM may seek criminal prosecution or cooperate with law enforcement authorities.

**Procedures for Reporting a Threat**
All potentially dangerous situations including threats by co-workers should be reported immediately to your Supervisor and to the HR Business Partner in your region. Reports of threats may be made anonymously. All reports will be promptly investigated. No employee will be subject to retaliation, intimidation or discipline as a result of reporting a threat in good faith under this policy.

**CONFIDENTIAL**

**MHMHP 000112**

If an investigation confirms that a threat of a violent act or violence itself has occurred, MHM will take appropriate corrective action with regard to the offending employee. If you are the recipient of a threat made by an outside party, please follow the steps detailed in this section. It is important for MHM to be aware of any potential danger in our workplace. If you feel you are in imminent threat of danger, call 911.

## Section IX: Code of Business Conduct

Note from the Chairman and CEO: Mike Pinkert

*Over the past 30 years, we have built relationships of trust among ourselves and with our clients, and much of our success can be directly attributed to our employees and our integrity. They are vital to our continued success.*

*Meeting competitive challenges and embracing opportunities places tremendous pressure on employees at every level of our Company. Our business, which demands strict adherence to rules and laws, is being made more complex by our desire to continue providing patients, customers, and clients with ever-increasing levels of quality and performance. However, this pressure to succeed can never be an excuse for taking shortcuts that would compromise our integrity. Those with whom we do business expect and deserve nothing less than the highest level of ethical business practices from MHM and each employee of the Company.*

*I am personally committed to ensuring that MHM as a Company and all of us as employees are firmly rooted in this Code of Business Conduct, which serves as both a statement of our values and ethics and as a guide to day-to-day business practices. The Code provides the tools necessary to help us do the right thing when presented with difficult choices.*

*I expect a high level of ethics and integrity from every employee at every level, every day. All of us must set high standards of excellence for ourselves and our fellow employees and never compromise those standards.*

*I personally assure you that if you are aware of violations of the Code, you will not suffer reprisals of any kind for reporting those violations in good faith. This is my commitment to you, and it has the full support of our Board of Directors and Senior Management Team.*

*This Code explains what is expected of each of us. While it cannot address every potential situation that we may encounter, it does serve as a valuable guide for "choosing the right path." Our dedication to working in compliance with the Code of Business Conduct will help MHM maintain its leadership position. With your help, we will continue to provide our patients, customers, and clients with the highest levels of quality and performance while adhering to uncompromising standards of business ethics and integrity.*

### THE CODE

We have made a commitment to perform our business in an ethical, legal, and responsible manner in full compliance with all applicable laws, regulations, and guidelines, as well as our own policies and procedures. To assist in meeting these objectives, we have developed this Code of Business Conduct (Code) as written guidance on what is expected of everyone in our work environment.

The Code must be observed by all employees and affected parties, including anyone engaged in our work environment or acting on behalf of the organization. No one, regardless of position, will be allowed to compromise adherence to the Code, regulations, business standards, policies, or procedures. Failure in compliance can result in serious damage to our standing in the community, legal action against MHM or individual employees, and in employee disciplinary action up to and including termination at the sole discretion of MHM.

If you have any questions about this Code or about any of our policies or practices, you should raise the questions with a member of management, the HR Business Partner in your region or a senior member of the Corporate Human Resources team. Supervisors and managers have been charged with a special obligation to be available and responsive to employees when questions arise about adherence to the Code. If you are not satisfied with the response received from the management staff concerning applications of the Code, policies, or procedures, you are invited to continue raising your concerns to the highest level of management.

**MHMHP 000113**

Further, the Code is intended to ensure that we meet our compliance goals in today's highly regulated business environment. It is designed to provide general guidance and does not replace our policies and procedures. If there is no specific policy, the standard set forth in the Code becomes the policy. If a policy and a standard conflict, the standard becomes the policy. The Code is a "living document," which will be updated periodically to respond to changing conditions. Thus, MHM reserves the right to modify the Code at any time.

While it is impossible to define in complete detail all conduct expected of employees, the Code of Business Conduct has been adopted as a set of principles to guide you in your conduct in the workplace. A list of some "common sense" requirements for employees has been included. You should know that the list below is not intended to be all inclusive and does not preclude MHM from imposing discipline, including termination, for reasons other than as listed or described below. In addition to the principles and examples listed, other requirements have been explained more fully in various parts of this Handbook. In general, conduct on or off the job that adversely affects MHM or unduly interferes with our operations must be met with corrective action.

It is our goal to fulfill the obligations of the Code, to observe the laws and public policies affecting our business and to deal fairly with our valued clients, employees, vendors, and third parties. The Code is designed to alert you to the types of conduct expected of you in the workplace. Being aware of these areas should enable you to identify and report potential problems to management so that these matters may be properly assessed and resolved.

**Quality of Service**
We shall:
- Employ only properly licensed and credentialed professionals with the proper experience and expertise to carry out their duties.
- Identify individual patient or client needs and requirements and take actions reasonably necessary to provide high-quality services.
- Treat everyone with dignity, respect, and compassion.
- Not discriminate against anyone with whom we deal on the basis of race, color, religion, gender, age, disability, sexual orientation, or other areas protected by federal, state or local law.
- Communicate in an open and honest manner with patients or clients.
- Maintain the confidentiality of protected patient or client information in keeping with all laws and professional standards.
- Maintain high quality standards by performing improvement activities such as participation in the MHM Continuous Quality Improvement (CQI) program (peer review; chart reviews; membership on the CQI committee) and modification of clinical practices based on CQI recommendations as appropriate.

**Compliance with Laws and Regulations**
We shall:
- Conduct our business ethically and competently and in compliance with all applicable laws and regulations.
- Promptly report to your program manager or the Human Resources department whenever there is a concern or a possible violation of the Code, law, regulation, or policy has occurred.
- Not tolerate any retaliation or other negative action against anyone who reports a concern or suspected violation in good faith.
- Expect all employees, regardless of position, to be familiar with applicable laws, regulations, and policies governing their areas of responsibilities.
- Not provide money or anything of value in order to influence the referral of business payable by a government program.
- Ensure that all records, reports, statements, communications, and representations are accurate, complete, and truthful and comply with applicable laws and regulations.
- Maintain a high level of integrity in business conduct and avoid any conduct that could reasonably be expected to reflect adversely upon our integrity.
- Not pursue business opportunities that require unethical or illegal activity, or are in conflict with MHM's business interests.
- Ensure that all financial reports or other information is filed timely, accurately, and in conformance with the applicable laws and regulations.

**CONFIDENTIAL**

26

- Maintain all business data, records, and reports completely, accurately, and truthfully. All accounting books and records shall be maintained according to generally accepted accounting principles (GAAP), established accounting policies, and internal control procedures.
- Report any violations or suspected violations of law, regulations, or policy, including this Code to your Program Manager or the Human Resources department.

**Billing and Coding Integrity**

We shall:

- Be accurate and truthful in billing and not misrepresent charges.
- Bill only for services that are fully documented.
- Promptly refund any money received that is not due to us.

**Conflicts of Interest**

We shall:

- Perform our duties on behalf of MHM without having our loyalty divided or compromised.
- Refrain from and avoid conflicts or the appearance of impropriety between our private interests and our responsibilities in performance of our duties.
- Maintain unbiased relationships with actual and potential vendors and contractors.
- Not offer, accept, or provide gifts or favors, such as meals, transportation, or entertainment that might be interpreted as a conflict of interest.
- Not accept a gift that exceeds courtesy value ($50) and never accept cash or cash equivalents as gifts from vendors, patients, clients, or customers.
- Exercise good faith and fair dealing in all transactions that involve our responsibilities to the organization.
- Not misuse our positions as employees for personal gain.
- Not accept outside employment that conflicts with our positions without making it known to a member of the Senior Management as appropriate.
- Avoid situations that would create an actual or even an appearance of a conflict of interest.
- Avoid any situations, actions, or activities as employees that may involve the obtaining of an improper personal gain or advantage, or an adverse effect upon the interest of MHM.
- Act solely in the best interest of MHM whenever we are acting as an agent of MHM in our dealings with suppliers, patients, clients, or government agencies.
- Not become involved, directly or indirectly, in outside commercial interests that could improperly influence our actions.
- Not engage in any outside employment that interferes with our ability to adequately perform our duties.
- Not have, directly or indirectly, an interest in any business that does or seeks to do business with MHM, or seeks to compete with MHM.
- Report the possible existence of a conflict of interest for ourselves or any other person.
- Not take personally for ourselves opportunities that are discovered through the use of corporate property, information, or position, or use corporate property, information, or position for personal gain.

**Health and Safety**

We shall:

- Comply with all safety and health requirements whether established by MHM; federal, state, or local laws; or our accrediting organizations.
- Comply with all applicable environmental laws.
- Take all reasonable precautions and follow all safety rules and regulations to maintain a safe environment for our clients, patients, employees, all personnel, vendors, colleagues, and visitors.
- Follow all laws and regulations regarding the disposal of medical waste and hazardous material.
- Promptly report any accidents involving injury to an employee or visitor to an MHM supervisor and complete the required paperwork to report same.
- Promptly report all spills or accidents involving hazardous materials.
- Not permit the manufacture, sale, possession, distribution, or use of illegal drugs, intoxicants or alcohol at work.
- Comply with the MHM work and safety rules to protect the well being of our employees and business.

MHM Employee Handbook & Code of Business Conduct

- Exercise good judgment with regard to the environmental aspects of the use of buildings, property, laboratory processes, and medical products.
- Report any practice or condition that may violate any rule, regulation, or safety standard.

**Human Resources**

We shall:

- Strive to provide a work environment for all employees and colleagues free from harassment and intimidation.
- Not tolerate verbal or physical harassment (including sexual harassment).
- Make all employment, promotion and training decisions without regard to race, color, religion, sex, sexual orientation, age, disability, national origin, family status, military veteran status, or any other protected class.
- Assist supervisors as necessary to review and evaluate each employee's performance periodically in an objective, consistent, and uniform manner.
- Continually strive to build confidence and professionalism in every employee and colleague.
- Work to maintain open lines of communication so that the views of each employee and colleague may be considered and their opinions given proper respect.
- Show respect and consideration for one another, regardless of status or position.
- Apply the Code and personnel policies equally to all employees regardless of position in the workplace.
- Provide reasonable opportunities to assist employees to build and maintain professional skills.
- Maintain a workplace that protects the health and safety of our patients, employees, and colleagues.
- Provide copies of the Code to all employees.
- Ensure that no one will be required to subordinate his or her reasonable and lawful professional standards, judgment, or objectivity to those of any other individual.
- Not permit any action of retaliation or reprisal due to an employee's legitimate report of a violation of law, regulation, company policy, or the Code.
- Not tolerate verbal or physical intimidation or threats of violence towards any employee.
- Conform to the standards of our professions and exercise judgment and objectivity in the performance of our duties.
- Respect every employee's right to confidentiality of certain employment records, including certain health information, as well as the privacy of personal activities outside of business hours

**Protection and Use of Information, Property, and Assets**

We shall:

- Correctly use and care for all property and equipment entrusted to us.
- Protect confidential and proprietary organizational information and not use or reveal such information except in the proper performance of duties.
- Be mindful of what and how we express via e-mail keeping in mind that as a matter of law, the Company may from time to time be called upon to turn over electronic communications to law enforcement and private litigants who may be suing the Company or who may be engaged in third-party litigation
- Safeguard supplies and assets of the company.
- Not permit making unauthorized copies of computer software or using unauthorized personal software on computer equipment.
- Not communicate or transfer any information or documents to any unauthorized persons.
- Safeguard the use and disclosure of protected and proprietary information.
- Be personally responsible and accountable for the proper expenditure of funds and for the proper use of property.
- Disclose business information only as required in the performance of our job or as expressly authorized by a responsible manager.
- Never use or share "inside information" which is not otherwise available to the general public for any manner of direct or indirect personal gain or other improper use.
- Report any observed misuse of property to management.

**Communication and Reporting Process**

If you have a question or concern about quality of care or an activity being unethical, illegal, or wrong, use the following process to ask questions and report concerns. Throughout this process your identity will be

**MHMHP 000116**

kept confidential to the extent consistent with MHM's obligation to investigate your concern. When MHM is properly made aware of a behavior or practice that potentially violates a federal, state or local law, the Company is obligated to perform a thorough investigation.

1. Talk to your Program Manager or to the Human Resources Business Partner in your region. They are familiar with the laws, regulations, and policies that relate to your work. They will maintain your confidentiality, to the extent possible under the law, and work to resolve any issues in a fair and unbiased manner.
2. If you do not receive an adequate response from the first person you speak to, talk to a senior member of the Management Team or Corporate Human Resources Department.

Employees who hold professional licenses are obligated to notify MHM's Clinical Operations Department whenever the following occurs, regardless of whether the subject of the action relates to the provider's work for MHM or instead relates to care given prior to or outside of the provider's work with MHM: (1) a complaint or grievance has been filed against the provider's license; (2) the licensing board has requested written or oral information from the provider including requests for informal interviews; (3) the licensing board has set a hearing; or (4) the licensing board has issued a written order, decision, probationary sanction or has taken any other action that effects the provider's license. Failure to immediately report such information to MHM can subject the provider to disciplinary action, up to and including termination from employment.

**Non-Retaliation Policy**

No disciplinary action or retaliation will be taken against you when you report "in good faith" a perceived issue, problem, concern, or violation to HR, your program manager, or the hotline. The "in good faith" requirement means you actually believe or perceive the information reported to be true. We value and respect the dignity of the individual. You have the right to be treated fairly and with respect, and the organization must make sure that you are treated that way.

**Responsibility of Employees**

All individuals covered by this Code of Business Conduct are expected to follow all laws, regulations, and MHM policies. Anyone who knows about a violation must report this information. If you do not report a violation, you may be subject to disciplinary action, even if you were not directly involved. Reporting does not protect you from disciplinary action regarding your own performance or conduct, but telling the truth about your own actions will be taken into consideration.

The mandatory reporting requirement described above includes reporting violations of clear policies and procedures governing another MHM employee's applicable professional licensure. Any such violations should be reported to your Program Manager and HR Business Partner. MHM will then gather information and make a decision whether the matter rises to the level of conduct that requires mandatory reporting to the violating employee's licensing board. If so, MHM will provide instructions for such reporting. If not, the reporting employee may still file a complaint to the licensing board after notification to his/her Program Manager and HR Business Partner, but the complaint may not be placed on MHM letterhead, utilize the reporter's MHM title or otherwise reference or infer that MHM sanctioned the complaint.

Any employee who violates the Code is subject to disciplinary or corrective action ranging from warnings and reprimands up to and including termination of employment or other service arrangement, and, where appropriate, the filing of a civil or criminal complaint.

**Responsibility of Management**

Members of management must demonstrate and promote a commitment to ethical and legal behavior that is consistent with our values. You have the obligation to ensure that employees under your supervision:

- Know about and follow all laws, regulations, and policies related to their duties;
- Know the procedure for reporting suspected or actual violations; and
- Encourage others to ask questions and to report actual or suspected violations.

If an employee comes to you with a question regarding compliance with a law, regulation, or policy, you are responsible for:

- Taking steps to ensure the employee does not fear or experience retaliation;
- Maintaining the employee's confidentiality, whenever possible;

- Collecting accurate information regarding the employee's report;
- Pursuing the right process so that reports of violations or suspected violations can be further investigated; and
- Informing the employee that you have followed through on his or her report.

**Administration and Enforcement of the Code**

This Code has been approved initially by the MHM Board of Directors and thereafter periodically by the HR Department in collaboration with the MHM General Counsel. The HR Department shall periodically asses this Code and to approve any amendments.

This Code shall be administered and monitored by MHM's HR Department. The HR Director with handle day-to-day compliance matters including;

- Receiving, reviewing, investigating and resolving concerns and reports on the matters described in this Code;
- Interpreting and providing guidance on the meaning and application of this Code; and
- Reporting periodically and as matters arise to the General Counsel on the implementation of effectiveness of this Code and other compliance matters, and recommending any updates or amendments to this Code hat he or she deems necessary or advisable.

The HR Department may seek the advice of the General Counsel as to interpretation of this Code. The Company shall periodically distribute this Code to all Company employees and management in order to remind them of this Code and reinforce these principles and standards throughout the Company.

The following are examples of some of the types of conduct that violate one or more of the principles above and, which may result in disciplinary action, up to and including termination. These examples are not listed in any given order, and this list is not exhaustive.

1. Tardiness, absence or early departure, with or without cause not approved in advance by you Supervisor, in accordance with applicable law.
2. Reporting for work or conducting Company business while under the influence of alcohol or drugs.
3. Dishonesty or the misuse or wrongful taking of property or money belonging to the Company, co-workers, or others.
4. Excessive absence from your work area during work time, including visiting other work areas for the purpose of socializing or other inattention to duties.
5. Disobedience or Insubordination.
6. Recording (in any manner) communication between employees, without the prior knowledge and approval of the other parties to the communication.
7. Failure to produce quality work.
8. Failure to report an accident or injury on the job.
9. Willfully making a false statement to your employer or to a client.
10. Failure to maintain a neat and business like appearance, to wear proper attire at all times befitting your position, and to conform with the dress and grooming policies established by MHM and/or its clients.
11. The use of abusive or threatening language, fighting, or threatening bodily injury to anyone in the workplace environment.
12. Failure to follow safety regulations or engaging in "horseplay" while on Company or client premises.
13. Bringing firearms and other weapons (even if the employee holds a valid concealed carry permit), alcoholic beverages, drugs, narcotics (except those prescribed by one's personal physician) or any other hazardous objects, substances, or things onto work site/facility or client premises.
14. Excessive socializing with colleagues and/or vendors during work hours at the Company or client premises
15. Excessive visits of friends and/or relatives during work hours at the Company or client premises.
16. Engaging in unauthorized solicitation or distribution of material.
17. Falsification of any Company record, form or report such as, but not limited to, employment application forms, education transcripts, expense reports, Workers' Compensation forms, medical forms, and other benefit claims and disability certificates.
18. Misappropriation of the property of others, including other employees.
19. Disclosing confidential information.
20. Negligent, reckless or unsafe operation of Company tools, equipment or vehicles, or abuse of

**CONFIDENTIAL**

same.

21. Excessive personal use of Company telephones, wireless communication device or computer systems during working hours.
22. Violation of MHM's Internet usage policy.
23. Violation of the Company's Equal Employment/Diversity or Workplace Harassment policies.
24. Violation of Client's rules, regulations, procedures or directives.
25. Failure to follow the Company's established time-keeping policies and procedures.
26. Unauthorized disclosure of treatment information about any patient inmate or resident; improper copying or removal of medical records; failure to adequately safeguard patient confidentiality.
27. Falsification of or failure to properly maintain and/or make appropriate entries in patient records and/or reports.
28. Inappropriate interaction with inmates.
29. Inappropriate sexual remarks or conduct.

In addition to the information that is provided in the Employee Handbook concerning certain policies and procedures that apply to all MHM employees, you will also be expected to be aware of, read and follow any additional policies and procedures, work rules, and/or code of conduct that you receive under the following circumstances:

1. MHM. From time-to-time, you will receive information from MHM making you aware of additional policies and procedures of the Company and/or Company Work Rules. This information may apply to all MHM employees corporate-wide, or to employees in a specific Program, or to employees at a specific site.
2. The Client. Most of our clients require that MHM employees be subject to customary background investigations conducted by duly authorized agents of the state. Further, our clients require that while MHM employees are on the premises of any state facility, they are subject to, and agree to comply with, reasonable rules pertaining to, or related to, safety and security, including spoken directives of state facility staff. You are expected to be aware of, and comply with, the Client's rules and regulations pertaining to these matters, as well as to any spoken directives that you receive from state facility staff.
3. Code of Professional Conduct. If applicable, you will also be expected to follow and comply with the code of conduct for your profession.

**MHM Compliance Hotline**

MHM has hired an outside company, The Compliance Partners, to accept calls where individuals can report business ethics concerns such as those outlined in the list below. All reports to the hotline will be addressed. You are urged to contact the Hotline in any one of the five ways below if you have concerns about business ethics such as those outlined in the list below.

|  |  |
|---|---|
| PHONE: | (English & Spanish): 866-327-0571 |
| EMAIL: | MHMServices@signius.com |
| WEB: | www.Signius.com/MHMServices |
| FAX: | 866-332-2699 |
| MAIL: | The Compliance Partners, |
|  | 2000 Mallory Lane, Suite 130348 |
|  | Franklin, TN 37067 |

Calls to the hotline will not be traced or recorded. You will remain anonymous, unless you choose to identify yourself. If you do give your name, your identity will be protected to the extent allowed by law. No disciplinary action or retaliation will be taken against you for calling the hotline.

All calls made to the hotline will be reviewed by a specialist of The Compliance Partners who will report them - without attributing the source - to the appropriate level of MHM management. All allegations of wrongdoing will be carefully investigated before any action is taken. The rights of all staff, including anyone who is the subject of a hotline call, will be respected and protected. Actions taken will not be made public unless required by law.

Examples of reportable activities are:

1. Employee Safety or Security
2. Questionable accounting and/or auditing practices
3. Poor financial controls
4. Fraudulent financial reporting

**CONFIDENTIAL**

MHMHP 000119

MHM Employee Handbook & Code of Business Conduct

5.  Theft

This Hotline is not intended as a vehicle to file complaints about employees or management.  MHM encourages all employees to go to a senior manager or Corporate HR if he/she is uncomfortable raising any concerns, in order to properly investigate the issue.

**CONFIDENTIAL**

**MHMHP 000120**

## Section X.  Appendices

**APPENDIX A: Agreement Not to Disclose Trade Secrets or Confidential Information**

1.      Identification of Parties:  Whenever in this Agreement the terms "you" or "your" are used, reference is being made to you, the Employee.  Whenever the terms "we", "us", or "our" are used, reference is being made to MHM, the employer, and all of its successors and assigns.

2.      Consideration for Agreement:  In consideration of your employment by us, and other good and valuable consideration, the sufficiency of which is hereby acknowledged, you agree to the following terms and conditions.

3.      Acknowledgement That Certain Papers, Lists, Processes, etc. are Trade Secrets:  You acknowledge that the following items used in our business are secret, confidential, unique, valuable, and were developed by us at great cost and over a long period of time.  Disclosure or use of any of the items on the following lists to anyone other than our officers, agents or authorized employees will cause us irreparable injury:
(a)      Client lists, prospect call lists, and other confidential customer data
(b)      Memoranda, notes, records, policy and procedure manuals, proprietary software, proprietary computer programs, training and quality assurance material, and other confidential technical data; or
(c)      Proposals, contracts, and other marketing information;
(d)      Employee lists; and
(e)      Any information concerning MHM or its operations, including but not limited to future plans, which has not been publicly disclosed or is not a matter of common knowledge.

4.      Agreement Not to Disclose Information:  You will not disclose to anyone, other than our officers, agents, or authorized employees, unless otherwise directed by our Board of Directors, any of the items listed in Paragraph 3 or any of our other confidential information of trade secrets, whether developed before or after the date of this Agreement.

5.      Information Developed by You:  The restrictions contained in this Agreement also apply to confidential information and trade secrets developed by you while employed by us.

6.      Confidential Patient Information:  You acknowledge that in the course of your employment you may become aware of certain confidential information regarding patients.  This patient information is considered confidential by federal and state laws and regulations and its disclosure is highly regulated by those laws and regulations.  You agree that you will not disclose any patient information except in strict conformance with all applicable laws and regulations.

7.      Medical Confidentiality:  During your employment with MHM, you will abide by all applicable regulatory and statutory requirements of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), and company standards and policies regarding medical confidentiality.  This includes but is not limited to prohibition against copying medical records, prohibition against removing medical records from MHM or client facilities and divulging information from medical records to a third party without authority or without a necessary medical reason.  Any violation of medical confidentiality will be grounds for disciplinary action up to and including termination.

8.      Return of Company Material upon Termination of Employment:  Upon termination of your employment for any reason, you will immediately return to us all Company materials that are in your possession or control. This includes but is not limited to Confidential or Proprietary Information. You agree that you will not retain electronic or hard copies of any such information unless expressly authorized to do so by MHM.

9.      Agreement Benefits our Subsidiaries, Successors, Assigns and Affiliates:  This Agreement shall inure to our benefit and to the benefit of our subsidiaries, successors, assigns and affiliates.

10.     Enforcement of Agreement:  This Agreement may be enforced by us and by our subsidiaries, successors, assigns, and affiliates.  Either equitable relief or damages at law or both may be sought for breaches or threatened breaches of this Agreement.

11.     Severability:  If any provision of this Agreement is held to be invalid, illegal or unenforceable, that shall not affect or impair in any way the validity, legality or enforceability of the remainder of this Agreement.

12.     Acceptance:  Your acceptance of MHM's Employee Handbook and decision to commence or continue employment at MHM constitutes your acceptance of MHM's Agreement Not to Disclose Trade Secrets or Confidential Information.

**MHMHP 000122**

**APPENDIX B: Continuation Coverage Rights Under COBRA Initial Notice of Coverage**

You are receiving this notice because you have recently become covered under a group health plan (the Plan). This notice contains important information about your right to COBRA continuation coverage, which is a temporary extension of coverage under the Plan. This notice generally explains COBRA continuation coverage, when it may become available to you and your family, and what you need to do to protect the right to receive it.

The right to COBRA continuation coverage was created by a federal law, the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA). COBRA continuation coverage can become available to you when you would otherwise lose your group health coverage. It can also become available to other members of your family who are covered under the Plan when they would otherwise lose their group health coverage. For additional information about your rights and obligations under the Plan and under federal law, you should review the Plan's Summary Plan Description or contact the Human Resources Department.

What is COBRA Continuation Coverage?
COBRA continuation coverage is a continuation of Plan coverage when coverage would otherwise end because of a life event known as a "qualifying event." Specific qualifying events are listed later in this notice. After a qualifying event, COBRA continuation coverage must be offered to each person who is a "qualified beneficiary." You, your spouse, and your dependent children could become qualified beneficiaries if coverage under the Plan is lost because of the qualifying event. Under the Plan, qualified beneficiaries who elect COBRA continuation coverage must pay for COBRA continuation coverage.

Qualifying Events
If you are an employee, you will become a qualified beneficiary if you will lose your coverage under the Plan because either one of the following qualifying events happens:
(1)        Your hours of employment are reduced, or
(2)        Your employment ends for any reason other than gross misconduct.

If you are the spouse of an employee, you will become a qualified beneficiary if you will lose your coverage under the Plan because any of the following qualifying events happen:
(1)        Your spouse dies;
(2)        Your spouse's hours of employment are reduced;
(3)        Your spouse's employment ends for any reason other than gross misconduct;
(4)        Your spouse becomes enrolled in Medicare (Part A, Part B or both);
(5)        You become divorced or legally separated from your spouse.

Your dependent children will become qualified beneficiaries if they will lose coverage under the Plan because any of the following qualifying events happens:
(1)        The parent-employee dies;
(2)        The parent-employee's hours of employment are reduced;
(3)        The parent-employee's employment ends for any reason other than gross misconduct;
(4)        The parent-employee becomes entitled to Medicare benefits (Part A, Part B or both);
(5)        The parents become divorced or legally separated;
(6)        The child stops being eligible for coverage under the plan as a "dependent child."

**When is COBRA Available?**
The Plan will offer COBRA continuation coverage to qualified beneficiaries only after a Representative of the Benefits Department has been notified that a qualifying event has occurred. When the qualifying event is the end of employment or reduction of hours of employment, death of the employee or the employee's becoming entitled to Medicare benefits (Part A, Part B or both); the Benefits Department must notify the COBRA administrator of the qualifying event.

**You Must Give Notice of Some Qualifying Events**
For the other qualifying events (divorce or legal separation of the employee and spouse or a dependent child losing eligibility for coverage) you must notify a Representative of the Benefits Department within 60 days after the qualifying event. You must provide this notice to the Corporate Benefits Department

**How is COBRA Coverage Provided?**
Once the representative of the Benefits Department receives notice that a qualifying event has occurred, COBRA continuation coverage will be offered to each of the qualified beneficiaries. Each qualified beneficiary will have an independent right to elect COBRA continuation coverage. Covered employees may elect COBRA continuation coverage on behalf of their spouses, and parents may elect COBRA continuation coverage on behalf of their children.

COBRA continuation coverage is a temporary continuation of coverage. An employee and/or their beneficiaries are eligible for up to 36 months of COBRA continuation coverage when certain qualifying events occur: the death of the employee; the employee becoming entitled to Medicare benefits (under Part A, Part B, or both); the employees divorce or legal separation; or a dependent child losing eligibility as a dependent child. When the qualifying event is the end of your employment or reduction of your hours of employment, and you became entitled to Medicare benefits less than 18 months before the qualifying event, COBRA continuation coverage for qualified beneficiaries other than the employee lasts until 36 months after the date of Medicare entitlement. For example, if a covered employee becomes entitled to Medicare 8 months before the date on which his employment terminates, COBRA continuation coverage for his spouse and children can last up to 36 months after the date of Medicare entitlement, which is equal to 28 months after the date of the qualifying event (36 months minus 8 months). Otherwise, when the qualifying event is the end of employment or reduction of the employee's hours of employment, COBRA continuation coverage generally lasts for only up to a total of 18 months. There are two ways in which this 18-month period of COBRA continuation coverage can be extended.

**Disability extension of 18-month period of continuation coverage**
If you or anyone in your family covered under the Plan is determined by the Social Security Administration to be disabled and you notify a Representative of the Human Resources Department in a timely fashion, you and your entire family may be entitled to receive up to an additional 11 months of COBRA continuation coverage, for a total maximum of 29 months. The disability would have to have started at some time before the 60th day of COBRA continuation coverage and must last at least until the end of the 18-month period of continuation coverage. You should send this information to the MHM Benefits Department:

**Second qualifying event extension of 18-month period of continuation coverage**
If your family experiences another qualifying event while receiving 18 months of COBRA continuation coverage, the spouse and dependent children in your family can get up to 18 additional months of COBRA continuation coverage, for a maximum of 36 months, if notice of the second qualifying event is properly given to the Plan. This extension may be available to the spouse and dependent children if the former employee dies, becomes entitled to Medicare benefits (Part A, Part B or both), or gets divorced or legally separated, or if the dependent child stops being eligible under the Plan as a dependent child, but only if the event would have caused the spouse or dependent child to lose coverage under the Plan had the first qualifying event not occurred.

**If You Have Questions**
Questions concerning your Plan or your COBRA continuation coverage rights should be addressed to the contact identified below. For more information about your rights under ERISA, including COBRA, the Health Insurance Portability and Accountability Act (HIPAA), and other laws affecting group health plans, contact the nearest Regional or District Office of the U.S. Department of Labor's Employee Benefits Security Administration (EBSA) in your area or visit the EBSA website at www.dol.gov/ebsa. Addresses and phone numbers of Regional and District EBSA Offices are also available through EBSA's website.

**Keep Your Plan Informed of Address Changes**
In order to protect your family's rights, you should keep the Benefits Department informed of any changes in the addresses of family members. You should also keep a copy, for your records, of any notices you send to the Benefits Department.

Plan Contact Information - For more information about the COBRA continuation coverage, please contact:

Human Resources - Benefits Department
1593 Spring Hill Dr., Suite 610, Vienna, VA 22182
Phone: 703-749-4600
E-mail: benefits@mhm-services.com

**CONFIDENTIAL**

**APPENDIX C: Health Insurance Portability and Accountability Act (HIPAA)**

The Health Insurance Portability and Accountability Act of 1996 (HIPAA) is another law that has provisions that may affect decisions you make about your participation in the Group Health Continuation Plan.

The new provisions, generally effective January 1, 1997, fall into these areas:
- Under previous law, only employees who were fully disabled at the time of their termination or reduction of hours and receiving disability payments from the Social Security Administration were entitled to up to 29, rather than 18, months of continuation coverage. Under the new law, dependents of employees may receive the eleven-month continuation coverage extension, and both employees and dependents may qualify for the extension if their disability exists within the first 60 days of continuation coverage under the COBRA law.
- Individuals covered under COBRA will be able to change their coverage status upon the birth or adoption of a child.
- COBRA coverage can be terminated if a qualified beneficiary becomes covered under another group health plan, regardless of certain preexisting condition clauses.
- If you exhaust your 18, 29, or 36-month COBRA continuation coverage in our employer-sponsored health benefit plan(s) and are employed at that time, your new employer may establish a special enrollment period for you.
- The new law was enacted to stimulate portability of health benefits, but it states that any break in your continuing health coverage of more than 63 days may subject you and/or your dependents to up to twelve months of preexisting condition exclusions by a new group or individual health plan in which you enroll. Upon the conclusion of your continuation coverage, we will provide you with a "Coverage Certification" which will describe the term of your coverage in our Plan(s) for future health insurance sponsors.

As of April 14, 2003, the HIPAA Privacy Rule for the first time creates national standards to protect an individual's medical records and other personal health information.
- It gives patients more control over their health information.
- It sets boundaries on the use and release of health records.
- It establishes appropriate safeguards that health care providers and others must achieve to protect the privacy of health information.
- It holds violators accountable, with civil and criminal penalties that can be imposed if they violate patients' privacy rights. And it strikes a balance when public responsibility supports disclosure of some forms of data – for example, to protect public health. For patients, it means being able to make informed choices when seeking care and reimbursement for care based on how personal health information may be used.
- It enables patients to find out how their information may be used, and about certain disclosures of their information that have been made.
- It generally limits release of information to the minimum reasonably needed for the purpose of the disclosure.
- It generally gives patients the right to examine and obtain a copy of their own health records and request corrections.
- It empowers individuals to control certain uses and disclosures of their health information. If you have questions about the change in coverage described above, please contact the Benefits Department.

**CONFIDENTIAL**

MHMHP 000125



MHM Services, Inc.
1593 Spring Hill Road, Suite 610
Vienna, VA 22182
(703) 749-4600
www.mhm-services.com

**CONFIDENTIAL**

**MHMHP 000126**