# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

DR. AMY R. WOODS                                              PLAINTIFF

VS                    CIVIL ACTION NO. 3:19-CV-00234-NBB-RP

MHM HEALTH PROFESSIONALS, LLC, D/B/A
CENTURION PROFESSIONALS;
MANAGEMENT & TRAINING CORPORATION
JESSE WILLIAMS, INDIVIDUALLY;
AND JOHN DOES 1-9                                            DEFENDANTS

---

ZOOM DEPOSITION OF KRISTIE HUFF

---

Taken at the Instance of the Plaintiff

With All Parties Appearing by Zoom Videoconferencing

On August 5, 2020

At 10:00 a.m.

REPORTED BY:  SHARRON F. ALLEN, CSR, RPR
              CSR NO. 1144

```
 1                       EXAMINATION
 2   BY MR. WAIDE:
 3         Q.    Ma'am, would you state your name for
 4   the record, please.
 5         A.    Kristie Huff.
 6         Q.    Where do you live, Ms. Huff?
 7         A.    135 Willow Crest Circle, Brandon,
 8   Mississippi.
 9         Q.    And by whom are you employed?
10         A.    MHM Health Professionals.
11         Q.    How long have you worked for MHM Health
12   Professionals?
13         A.    Five years.
14         Q.    Does MHM Health Professionals operate
15   or provide medical services for any facility
16   other than the facility in Marshall County?
17         A.    They do.
18         Q.    What other facilities does MHM Health
19   Professionals provide medical services for?
20         A.    Do you need the town or the facility
21   name?
22         Q.    The name of the facility or where --
23   yeah, where it is.  Just something so I'll know
24   what we're talking about.
25         A.    CMCF, Pearl, Mississippi.
```

```
 1        Q.    Okay.
 2        A.    MSP, Parchman, Mississippi.
 3        Q.    I'm sorry.  I didn't hear the last
 4   name.
 5        A.    MSP, Parchman, Mississippi.
 6        Q.    Okay.
 7        A.    SMCI, Leakesville, Mississippi.
 8   Wilkinson County Correctional in Woodville.
 9   Then Marshall.  I can't think of the other one.
10   Is that six?
11        Q.    I was thinking there was -- I was
12   thinking Parchman.  Am I right?  Oh, you said
13   Parchman?
14        A.    That's MSP, Parchman, Mississippi.
15        Q.    Oh, okay.  All right.  I think that's
16   only five.  I think there are six.
17        A.    CMCF, SMCI, Parchman, Leakesville,
18   Wilkinson, Marshall.  Oh, East Mississippi
19   Correctional in Meridian, Mississippi.
20        Q.    All right.  Are any of those prisons
21   not private prisons, that is, they're prisons
22   operated by the state?
23        A.    Three are private; three are stateside.
24        Q.    All right.  Which ones are the ones
25   that are operated by the state?  Which ones is
```