# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

DR. AMY R. WOODS                                              PLAINTIFF

VS                      CIVIL ACTION NO. 3:19-CV-00234-NBB-RP

MHM HEALTH PROFESSIONALS, LLC, D/B/A
CENTURION PROFESSIONALS;
MANAGEMENT & TRAINING CORPORATION
JESSE WILLIAMS, INDIVIDUALLY;
AND JOHN DOES 1-9                                             DEFENDANTS

---

ZOOM DEPOSITION OF BEVERLY McMULLEN

---

Taken at the Instance of the Plaintiff

With All Parties Appearing by Zoom Videoconferencing

On August 3, 2020

At 10:00 a.m.


REPORTED BY:  SHARRON F. ALLEN, CSR, RPR
              CSR NO. 1144

1    A.    Good morning.

2    Q.    I'm Jim Waide, and I'm here with my
3 wife, Rachel Waide.  I don't think you can see
4 her, probably, but we're here representing
5 Dr. Woods.

6          We never have met before as far as I
7 know, have we?

8    A.    I don't think so.  No, sir.

9    Q.    By whom are you employed?

10    A.    I'm employed with Management & Training
11 Corporation at the Marshall County Correctional
12 Facility.

13    Q.    About when did you start to work for
14 Management & Training Corporation?

15    A.    I started to work for Management &
16 Training Corporation August of 2012.

17    Q.    What is Management & Training
18 Corporation?

19    A.    It's a private company that is
20 contracted with the State of Mississippi.  It
21 houses state offenders.

22    Q.    It has a contract with the State of
23 Mississippi?

24    A.    That's correct.

25    Q.    Does it have one contract to deal with

```
 1    a medical doctor now assigned to take care of
 2    the prisoners at the Marshall County
 3    Correctional Facility?
 4              MR. LONG-DANIELS:  Objection to the
 5         form.
 6         A.   I'm not saying that.  I'm saying that
 7    they're not on-site every day.
 8    BY MR. WAIDE:
 9         Q.   Okay.  There's no medical doctor now
10    assigned every day to take care of the prisoners
11    at the Marshall County Correctional Facility?
12              MR. LONG-DANIELS:  Objection to form.
13    BY MR. WAIDE:
14         Q.   Am I correct?
15              MR. LONG-DANIELS:  Same objection.
16         A.   Not every day, sir.
17    BY MR. WAIDE:
18         Q.   All right.  So as far as taking care of
19    the serious medical needs of prisoners, do you
20    agree with me that it would be better to have a
21    medical doctor, a licensed medical doctor,
22    assigned to the facility on a permanent basis if
23    a company is interested in taking care of the
24    serious medical needs of prisoners?
25              MR. PEEPLES:  Object to form.
```