# Exhibit F



**MHM Services, Inc**

October 12, 2016

Amy Woods, MD
2460 Church Street
Byhalia, MS 38611

Dear Dr. Woods,

MHM Health Professionals, a wholly owned subsidiary of MHM Services, Inc. ("MHM"), is pleased to offer you a Per-Diem position as a Site Medical Director within our Centurion of Mississippi contract. This is an exempt position and details of the offer are explained as follows:

**INCORPORATION OF OTHER DOCUMENTS**
This Offer Letter specifically incorporates and adopts all of the terms contained in the Employee Handbook and Code of Business Conduct ("Handbook") as if same were fully set forth herein. In the event of a conflict of any of the terms of this Offer Letter and the Handbook, the terms of the Handbook shall govern.

**DATE OF EMPLOYMENT**
Your immediate acceptance of this offer would confirm your start date as October 17, 2016. This offer is contingent upon successful verification of licensure requirements, successful drug test and NCIC background screening as applicable and successful NPDB (National Practitioner Data Bank) check as applicable. Please note that, if required for your position, you will be expected to present an unexpired CPR certification and tuberculin screening on the first day of work. If unable to do so, an MHM representative will direct you to the process for fulfilling these requirements. Please be advised that many facilities may not allow you to start working until you have presented both the CPR certification and the tuberculin screening.

As part of your employment process with MHM, your cooperation with our professional credentialing process is required. MHM has engaged Credentialing Tracks, Inc., a nationally certified firm, to conduct the licensure verification. Enclosed with this offer letter is a supplemental application, which you must complete and submit as soon as possible, in order to begin the credentialing process. There is no cost to you for this process and all information gathered will be held in strict confidence. Your prompt cooperation with this process is critical.

**SALARY**
You will receive an hourly rate of $100.48 paid on a bi-weekly basis, less appropriate deductions and withholdings, and you will be expected to work on an as needed basis. You will receive a full-time salary of $209,000.00 beginning on January 8, 2017 when your status is changed.

**PAY INFORMATION**
MHM pays all of its employees electronically. You will have an opportunity to complete the pay disposition forms through the online Onboarding process.

Additionally, MHM does not mail pay statements as employees can access pay statements online through ADP iPay. Upon your first pay date, you will be able to register and the iPay statement will be available for you to view and print 24 hours a day, 7 days a week through ADP iPay's secure Internet site. Please see the enclosed iPay information sheets for more details.

**SIGN ON BONUS**
You are eligible for a sign on bonus of $5,000.00 payable with the paycheck corresponding to the pay-period following your first of 90 days of service. You will receive a $5,000.00 retention bonus after 6 months of consecutive full-time employment. Should you terminate your employment voluntarily or be terminated with cause within one year of your date of hire, money will be paid back on a prorated basis.

Initials _AW_

**CONFIDENTIAL**

MHMHP 000053



### BENEFITS
You will not be eligible to participate in MHM's benefit plans, which include Paid Days Off (PDO) until you begin full-time employment on January 8, 2017.

### 401(k) EMPLOYEE SAVINGS PLAN
You will not be eligible to participate in our 401(k) Employee Savings Plan until you begin full-time employment on January 8, 2017.

### TIMEKEEPING
MHM requires you to accurately report all hours worked. By using an electronic timekeeping system, MHM ensures that your time will be accurately recorded and calculated to company and contract policies, resulting in fairness for all employees. MHM also uses this system as a means of financial reporting and analysis. You will receive instructions on how to use the system prior to your first day of employment.

### AT WILL EMPLOYMENT
Your employment is on an at-will basis, which means you have the right to terminate your employment at any time for any reason, and we have that same right. This is a legal qualification, and is in no way meant to diminish your value to the company and the quality of services we anticipate you will provide. It is important, however, that you understand no inference as to employment for any specific period of time is to be drawn from the fact that at times this letter and other employment-related materials may refer to certain compensation or benefits on an annualized basis. You are expected to comply with all MHM internal policies and procedures as well as any of our client's policies and procedures which may be applicable to you, which may be amended from time to time. Finally, you understand that as a requirement of working on this MHM program, you are required to obtain and maintain facility access privileges at the correctional facility to which you are assigned, which is granted and may be revoked by the client in its sole discretion. In addition, you understand that, because of MHM's status as a contractor to the client, you serve at the pleasure of the client who may also, with or without reason, request that you be removed from the program. Loss of access privileges or requests for your removal from the program by the client will result in termination of your employment with MHM.

### MEDICAL MALPRACTICE INSURANCE
MHM will provide medical malpractice coverage at MHM's expense upon receipt of your employment application form, fully completed and signed. The coverage will apply to services rendered during your employment with MHM even if a claim is filed after your termination.

### ACCEPTANCE OF OFFER and AGREEMENTS
If this offer is acceptable to you, please sign this offer letter below and bring it along with the other required documents listed on the New Hire Onboarding memo to the Marshall County Correctional Facility on your first day of employment. Please note that should MHM not receive your acceptance of this offer by your start date, this offer will expire.

We are very excited about your joining our team. We believe you can make a significant contribution to the success of MHM.

Sincerely,

Jamaal Gilani
HR Administrator

READ and ACCEPTED:

Amy R. Woods, MD          10/16/2016
                          Date

**CONFIDENTIAL**

**MHMHP 000054**