# Exhibit K

```
 1           IN THE UNITED STATES DISTRICT COURT FOR THE
                  NORTHERN DISTRICT OF MISSISSIPPI
 2                         OXFORD DIVISION

 3
     DR. AMY R. WOODS                                    PLAINTIFF
 4
     VS.                        CAUSE NO. 3:19-CV-00234-NBB-RP
 5
     MHM HEALTH PROFESSIONAL, LLC, D/B/A
 6   CENTURION PROFESSIONALS;
     MANAGEMENT & TRAINING CORPORATION;
 7   JESSE WILLIAMS, INDIVIDUALLY; AND
     JOHN DOES 1-9                                       DEFENDANTS
 8

 9


10   ****************************************************************

11
                 DEPOSITION OF REPRESENTATIVE BILL KINKADE
12

13   ****************************************************************

14

15

16

17             TAKEN AT THE INSTANCE OF THE PLAINTIFF
                       VIA ZOOM VIDEOCONFERENCE
18           ON OCTOBER 7, 2020, BEGINNING AT 2:44 P.M.

19

20

21

22

23                 GENA MATTISON GLENN, CSR 1568
                         Glenn-Henry Reporting
24                      Post Office Box 492
                   Amory, Mississippi  38821-0492
25                    gena.glenn@gmail.com
                         (662) 315-2613
```

```
 1    was a new warden, and things weren't smooth.
 2    The transition was difficult.  And I believe
 3    that that pastor's name was Stephen Bittick.
 4         Q.   Bittick?
 5         A.   Uh-huh.  And I believe his wife worked
 6    at the facility, but I never spoke directly with
 7    any of the staff there.
 8         Q.   Do you know Dr. Amy Woods?
 9         A.   I do.
10         Q.   How do you know her?
11         A.   Well, I know her through the Chamber
12    of Commerce, which, you know, I served Chamber
13    of Commerce as president for the last 20 years.
14    I've been involved in the Chamber.  And, of
15    course, Amy is -- was a devout church member.
16    She's a neighbor to the Chamber and a very
17    active part of the community.
18              I know her husband rather well.  I
19    know Dr. Woods because -- just because she was a
20    doctor.  She's well respected.  I know a lot of
21    the Woods family.
22              And I happened to visit on an open
23    house at the Marshall County facility.  And this
24    was probably in '17, I guess.  2017.  Could have
25    been '18, but an open house.  And I was touring
```