# Exhibit O

COMMENTS :

Share Admin at 6/28/2019 5:15:13 PM : LazyApproval by AMeggs@TeamCenturion.com  Approve

April Meggs, BSN, CCHP, CC-NM

Vice President of Operations

[cid:image003.png@01D4C228.62473060]

111 East Capitol St.

Jackson, MS. 39201

Direct: 601-965-5971

Mobile: 601-788-4752

Fax: 601-965-5975

ameggs@teamcenturion.com | CenturionManagedCare.com

Owens, Grace at 6/28/2019 4:53:06 PM : Employee termination due to security lock out.