# EXHIBIT P

```
 1              IN THE UNITED STATES DISTRICT COURT FOR THE
                   NORTHERN DISTRICT OF MISSISSIPPI
 2                          OXFORD DIVISION

 3
       DR. AMY R. WOODS                                      PLAINTIFF
 4
       VS.                          CAUSE NO. 3:19-CV-00234-NBB-RP
 5
       MHM HEALTH PROFESSIONAL, LLC, D/B/A
 6     CENTURION PROFESSIONALS;
       MANAGEMENT & TRAINING CORPORATION;
 7     JESSE WILLIAMS, INDIVIDUALLY; AND
       JOHN DOES 1-9                                         DEFENDANTS
 8

 9


10     **************************************************************

11
                      DEPOSITION OF DR. CLAYTON RAMSUE
12


13     **************************************************************

14

15

16

17            TAKEN AT THE INSTANCE OF THE PLAINTIFF
                       VIA ZOOM VIDEOCONFERENCE
18            ON AUGUST 7, 2020, BEGINNING AT 2:06 P.M.

19

20

21

22

23                  GENA MATTISON GLENN, CSR 1568
                        Glenn-Henry Reporting
24                      Post Office Box 492
                    Amory, Mississippi  38821-0492
25                      gena.glenn@gmail.com
                           (662) 315-2613
```

1    run by Centurion or any anywhere else?  Aside
2    from what you've told us about talking to April
3    Meggs, did you do anything else to try to get
4    her a place somewhere else?
5              MR. LONG-DANIELS:  Objection to form.
6         You can answer.
7         A.   I never had that conversation.
8    BY MR. WAIDE:
9         Q.   All right, sir.  Do you remember Dr.
10   Woods asking you for a recommendation for her
11   employment with Sterling Medical Group?  Do you
12   recall that?
13        A.   Yes.
14        Q.   And did you give her a recommendation?
15        A.   Yes.
16        Q.   Good recommendation?
17        A.   Yes.
18        Q.   I think I left this train of thought,
19   but you said you were aware that there was a
20   statewide shortage of security officers just in
21   Mississippi in general?
22             MR. LONG-DANIELS:  Objection to form.
23        A.   Yes.
24   BY MR. WAIDE:
25        Q.   Is that -- there's been a lot of media