# Exhibit S

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

DR. AMY R. WOODS                                          PLAINTIFF

VS                    CIVIL ACTION NO. 3:19-CV-00234-NBB-RP

MHM HEALTH PROFESSIONALS, LLC, D/B/A
CENTURION PROFESSIONALS;
MANAGEMENT & TRAINING CORPORATION
JESSE WILLIAMS, INDIVIDUALLY;
AND JOHN DOES 1-9                                         DEFENDANTS

---

### ZOOM DEPOSITION OF APRIL MEGGS

---

Taken at the Instance of the Plaintiff

With All Parties Appearing by Zoom Videoconferencing

On August 5, 2020

At 12:32 p.m.

REPORTED BY:  SHARRON F. ALLEN, CSR, RPR
              CSR NO. 1144

1 serious needs of patients.
2    Q.   You do that, but in this case the only
3 thing that you did about this e-mail was to
4 terminate Dr. Woods, who's the person apparently
5 originating the complaint -- you terminated her
6 after the security company told you, "Well,
7 she's no longer allowed on the facility."
8         MR. LONG-DANIELS:  Objection to form.
9    A.   That's per our handbook and also in
10 everyone's offer letter.  If your security
11 clearance is pulled, you no longer work for the
12 company.
13 BY MR. WAIDE:
14    Q.   Do you have any knowledge of any reason
15 that Dr. Woods' security clearance was pulled
16 other than that it was believed that she had
17 made a complaint about -- to the state
18 representative about there not being enough
19 staff to bring prisoners?  Do you know of any
20 reason her security clearance was taken away
21 other than that?
22         MR. LONG-DANIELS:  Objection to form.
23    A.   The warden has the right to pull
24 anyone's security clearance that he chooses.
25 That is his ultimate right.  He's the -- he's

1  the person in charge of that facility.  When
2  that happens, per our handbook and per offer
3  letters, people are terminated after that fact.
4  BY MR. WAIDE:
5      Q.  Do you feel like -- given the fact that
6  y'all provide medical care, do you feel like
7  y'all have a right to communicate with the
8  warden of the prison or you don't have any right
9  to communicate with him?
10     A.  Excuse me.  Could you say that again.
11     Q.  Well, since the prison -- the people
12  operating the prison are the people that are
13  supposed to be bringing y'all patients, do you
14  not have a right to communicate with them to
15  make sure that they're bringing your patients so
16  you can do your job?
17         MR. LONG-DANIELS:  Objection to form.
18     Argumentative, Counsel.
19     A.  That right is reserved at the facility.
20  The HSA usually communicates with the in-house
21  warden security measures if anything does not go
22  accordingly.  So, yes, we have a right, and,
23  yes, we do communicate.
24  BY MR. WAIDE:
25     Q.  Well, if you're concerned about if the