# Exhibit T

| MISSISSIPPI DEPARTMENT OF CORRECTIONS | POLICY NUMBER 03-01 |
|---|---|
| | AGENCY WIDE |
| GENERAL STANDARDS OF PROFESSIONAL CONDUCT | INITIAL DATE 12-01-1982 |
| ACA STANDARDS: 2-CO-1C-04, 2-CO-1C-24, 4-4069, 4-4070, 4-ACRS-3A-07 4-ACRS-7D-08, 4-APPFS-3C-02 | EFFECTIVE DATE 05-01-2015 |
| STATUTES: 47-5-193, 97-3-104 | NON-RESTRICTED | PAGE 1 of 4 |

1  **POLICY:**
2
3  It is the policy of the Mississippi Department of Corrections (MDOC) that all employees will
4  conduct themselves and perform their duties in a professional manner.
5
6  **DEFINITIONS:**
7
8  Employees – Paid employees of MDOC, contract workers, volunteers, interns, consultants and
9  professional specialists.
10
11  Immediate Family – A spouse, children, stepchildren raised prior to age twelve (12), brothers,
12  sisters, parents, grandparents, grandchildren, or person documented as acting in place of
13  parent as surrogate prior to age twelve (12) (i.e., foster parent, step-parent, or relative that
14  raised the individual as a child) and can be documented by law enforcement, school, Human
15  Services records, or employer statement.
16
17  Intern – A student who is approved by the Commissioner for participation in the Intern Program
18  and receives academic credit while working in an assigned position within MDOC.
19
20  **PRECEPTS:**
21
22  Code of Ethics
23
24  The MDOC Director of Human Resources will ensure that a written code of ethics prohibits
25  employees from using their official position to secure privileges for themselves or others and
26  from engaging in activities that constitute a conflict of interest.  A copy of this code of ethics will
27  be available to all employees.
28
29  *Administration of Correctional Agencies* (Central Office):  **Written policy, procedure, and**
30  **practice provide for employee rules of conduct that specify prohibited behavior and**
31  **penalties that may be imposed [2-CO-1C-04].**
32
33  *Administration of Correctional Agencies* (Central Office):  **The agency has a written policy to**
34  **guard against conflicts of interest that adversely affect the agency; this policy**
35  **specifically states that no person connected with the agency will use his or her official**
36  **position to secure special privileges or advantages [2-CO-1C-24].**
37
38  *Adult Correctional Institutions:*  **A written code of ethics shall require employees to conduct**
39  **themselves and perform their duties in such a way as to set a good example for**
40  **prisoners and thereby command their respect.  The code of ethics shall prohibit**
41  **employees from using their official position to secure privileges for themselves or others**
42  **and from engaging in activities that constitute a conflict of interest.  This code is**
43  **available to all employees [4-4069].**

03-01 (h)

| TITLE: GENERAL STANDARDS OF PROFESSIONAL CONDUCT | POLICY NUMBER 03-01 |
|---|---|
| EFFECTIVE DATE: 05-01-2015 | NON-RESTRICTED | PAGE 2 of 4 |

44 *Adult Correctional Institutions:* **Written policy, procedure, and practice provide that**
45 **consultants and contract personnel who work with inmates are informed in writing about**
46 **the institution's policies on confidentiality of information and agree to abide by them. [4-**
47 **4070].**
48
49 *Adult Community Residential Services:* **Staff model desired behaviors in accordance with a**
50 **facility's code of ethics. Staff reinforces proper offender behavior and corrects offender**
51 **misbehavior [4-ACRS-3A-07].**
52
53 *Adult Community Residential Services:* **Procedures govern case record management,**
54 **including, at a minimum, the following areas: the establishment, maintenance, use, and**
55 **content of case records; right to privacy; secure placement and preservation of records;**
56 **and schedule for retiring or destroying inactive records.**
57
58 • **All entries in the case record are signed and dated.**
59 • **Appropriate safeguards exist to minimize the possibility of theft, loss, or**
60 **destruction of records.**
61 • **Records are safeguarded from unauthorized and improper disclosure.**
62 • **When any part of the information system is computerized, security ensures**
63 **confidentiality.**
64 • **The facility uses a "release of information consent form" that complies with**
65 **applicable federal and state regulations and a copy of the form is maintained in**
66 **the offender's case record.**
67 • **Employees, consultants, and contract personnel are informed in writing about the**
68 **facility's policies on confidentiality of information and agree in writing to abide by**
69 **them.**
70 • **The policies and procedures are reviewed annually [4-ACRS-7D-08].**
71
72 *Adult Probation and Parole Field Services:* **The agency has a written code of ethics that it**
73 **provides to all staff. At a minimum, the code:**
74
75 • **Prohibits staff, contractors, interns, and volunteers from using their official**
76 **positions to secure privileges for themselves or others**
77 • **Prohibits staff, contractors, interns, and volunteers from engaging in activities**
78 **that constitute a conflict of interest**
79 • **Prohibits staff, contractors, interns, and volunteers from knowingly accepting any**
80 **gift or gratuity from, or engaging in personal business transactions that would**
81 **provide them a benefit not available to the general public or sexual relations with**
82 **an offender or an offender's immediate family and**
83 • **Defines acceptable behavior in the areas of campaigning, lobbying, or political**
84 **activities**
85
86 **All staff, contractors, interns, and volunteers are held accountable for compliance with**
87 **the code of ethics [4-APPFS-3C-02].**
88
89 This written code of ethics will also include, but not be limited to the following:
90
91 • Employees will protect the civil, legal, and applicable constitutional rights of all offenders.
92 • Employees are expected to conduct themselves in a dignified, honest and professional
93 manner.

03-01 (h)

| TITLE: GENERAL STANDARDS OF PROFESSIONAL CONDUCT | | POLICY NUMBER 03-01 |
|---|---|---|
| EFFECTIVE DATE: 05-01-2015 | NON-RESTRICTED | PAGE 3 of 4 |

94 • No employee will use his official position to secure special advantage for himself, any
95 offender, or any other person(s).
96
97 • Employees responsible for personnel actions will not use their position to hire, appoint,
98 promote, or dismiss any person on the basis of either person's personal or political interest.
99
100 • Information pertaining to offenders and obtained under the color of office will be considered
101 confidential and will not be released to anyone not authorized to receive it.
102
103 • Any public statement related to the affairs of MDOC will be worded to indicate that the
104 statement is either a personal or official MDOC statement.
105
106 • Employees will report any unethical, corrupt, or criminal behaviors occurring within the
107 department to their supervisor, Corrections Investigation Division, or the Director of Human
108 Resources.
109
110 No employee will accept from or provide to any offender or their immediate family any item or
111 gift not authorized by the MDOC, nor will any employee accept from or provide to any offender
112 or their immediate family any item in a manner not authorized by MDOC.
113
114 No employee will establish close friendships or fraternize with offenders or their immediate
115 family, agent or other representative.
116
117 Employee - Offender Kinship
118
119 Any employee who becomes aware of any offender with whom he has had any previous or
120 existing relationship, whether a kinship relationship (by blood or marriage, adoption, common
121 law) or not, the employee will immediately report this in writing to his Supervisor or Department
122 Head and the Superintendent or Community Corrections Director.
123
124 The Superintendent or Community Corrections Director will immediately report this information
125 in writing to the respective Deputy Commissioners who in turn will report this information to the
126 Commissioner.
127
128 Carnal Knowledge
129
130 It is unlawful for any jailer, guard, employee of the Mississippi Department of Corrections,
131 sheriff, constable, marshal or other officer or employee of a law enforcement agency or
132 correctional facility to engage in any sexual penetration, as defined in Section 97-3-97, or other
133 sexual act with any offender, with the offender's consent, who is incarcerated at any jail or any
134 state, county or private correctional facility or who is serving on probation, parole, earned-
135 release supervision, post-release supervision, earned probation, intensive supervision, or any
136 other form of correctional supervision.
137
138 It is unlawful for any civilian with supervisory or custodial authority over an offender to engage in
139 any sexual penetration, as defined in 97-3-97, or other sexual act with the offender, with the
140 offender's consent, who is incarcerated at any jail or any state, county or private correctional
141 facility.

03-01 (h)

| TITLE: GENERAL STANDARDS OF PROFESSIONAL CONDUCT | POLICY NUMBER 03-01 |
|---|---|
| EFFECTIVE DATE: 05-01-2015 | NON-RESTRICTED | PAGE 4 of 4 |

142  Any person who violates this section is guilty of a felony and upon conviction will be fined not
143  more than Five Thousand Dollars ($5,000.00) or imprisoned for a term not to exceed five (5)
144  years, or both.
145
146  Prohibited Items
147
148  It is unlawful for any officer or employee of the department, of any county sheriff's department,
149  of any private correctional facility in this state in which offenders are confined or for any other
150  person to furnish, attempt to furnish, or assist in furnishing to any offender confined in this state
151  any weapon, deadly weapon, unauthorized electronic device or contraband item.
152
153  It is unlawful for any person to take, attempt to take, or assist in taking any weapon, deadly
154  weapon, unauthorized electronic device or contraband item on property belonging to the
155  department which is occupied or used by offenders, except as authorized by law.
156
157  Prohibition Against Discrimination
158
159  Employees will not discriminate against any individual because of race, gender, creed, national
160  origin, religious affiliation, age or any other type of prohibited discrimination.
161
162  **DOCUMENTS REQUIRED:**
163
164  As required by this policy and through the chain of command.

| ENFORCEMENT AUTHORITY |
|---|
| All standard operating procedures (SOPs) and/or other directive documents related to the implementation and enforcement of this policy will bear the signature of and be issued under the authority of the Deputy Commissioner of Administration and Finance. |

| **Reviewed and Approved for Issuance** | General Counsel | 4/17/2015 Date |
| | Commissioner | 4/21/15 Date |