# Exhibit C

```
                    UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF MISSISSIPPI
                            OXFORD DIVISION



DR. AMY R. WOODS                                         PLAINTIFF


v.              CIVIL ACTION NO.: 3:19-00234-NBB-RP


MHM HEALTH PROFESSIONALS, LLC
D/B/A CENTURION PROFESSIONALS,
MANAGEMENT & TRAINING CORPORATION,
JESSE WILLIAMS, INDIVIDUALLY,
AND JOHN DOES 1-9,                                      DEFENDANTS




             VIDEOTAPED DEPOSITION OF DR. AMY WOODS




 Taken at the instance of the Defendant at Waide &
   Associates, P.A., 332 N. Spring Street, Tupelo,
Mississippi on Monday, June 22, 2020, beginning at
                      10:11 a.m.




          LORI W. BUSICK, CVR-S, CCR #1677

Job #31830
```

1   A.   So kind of like this here (indicating).

2   Q.   Okay.

3   A.   And so I was called.  This happened -- the
4 incident happened at night around, you know,
5 probably like eleven o'clock.  They called me
6 initially, the RN who was on that night and told me
7 what had happened.  I made the decision to send him
8 out.  Again, it was to Baptist Oxford.  That's one
9 of the closest bigger hospitals to us that can
10 manage things like that.

11   Q.   He did go, didn't he?

12   A.   They took him.

13   Q.   Okay.

14   A.   They took him.  He did go, so he was seen
15 at Baptist Oxford.

16   Q.   Was he treated at Baptist?

17   A.   So I don't know exactly what they did
18 other than maybe just clean it at Baptist Oxford
19 because the ER doctor was very concerned about it.
20 The ER doctor said it was something that they could
21 not manage in Oxford.  He felt like they needed to
22 see a plastic surgeon.

23   Q.   Yes, ma'am.

24   A.   He said that he called Tupelo, he called
25 the plastic surgeon in Oxford, this being a weekend