# Exhibit G

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

DR. AMY R. WOODS                                          PLAINTIFF

VS                          CIVIL ACTION NO. 3:19-CV-00234-NBB-RP

MHM HEALTH PROFESSIONALS, LLC, D/B/A
CENTURION PROFESSIONALS;
MANAGEMENT & TRAINING CORPORATION
JESSE WILLIAMS, INDIVIDUALLY;
AND JOHN DOES 1-9                                        DEFENDANTS

---

==ZOOM DEPOSITION OF BEVERLY McMULLEN==

---

Taken at the Instance of the Plaintiff

With All Parties Appearing by Zoom Videoconferencing

On August 3, 2020

At 10:00 a.m.

REPORTED BY:  SHARRON F. ALLEN, CSR, RPR
              CSR NO. 1144

1        A.    Good morning.

2        Q.    I'm Jim Waide, and I'm here with my
3   wife, Rachel Waide.  I don't think you can see
4   her, probably, but we're here representing
5   Dr. Woods.

6              We never have met before as far as I
7   know, have we?

8        A.    I don't think so.  No, sir.

9        Q.    By whom are you employed?

10       A.    I'm employed with Management & Training
11  Corporation at the Marshall County Correctional
12  Facility.

13       Q.    About when did you start to work for
14  Management & Training Corporation?

15       A.    I started to work for Management &
16  Training Corporation August of 2012.

17       Q.    What is Management & Training
18  Corporation?

19       A.    It's a private company that is
20  contracted with the State of Mississippi.  It
21  houses state offenders.

22       Q.    It has a contract with the State of
23  Mississippi?

24       A.    That's correct.

25       Q.    Does it have one contract to deal with