# Exhibit H

```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF MISSISSIPPI
                     OXFORD DIVISION


DR. AMY R. WOODS                                   PLAINTIFF

VS                    CIVIL ACTION NO. 3:19-CV-00234-NBB-RP

MHM HEALTH PROFESSIONALS, LLC, D/B/A
CENTURION PROFESSIONALS;
MANAGEMENT & TRAINING CORPORATION
JESSE WILLIAMS, INDIVIDUALLY;
AND JOHN DOES 1-9                                 DEFENDANTS
```

---

### ZOOM DEPOSITION OF JESSE WILLIAMS

---

Taken at the Instance of the Plaintiff

With All Parties Appearing by Zoom Videoconferencing

On August 3, 2020

At 12:31 p.m.

```
REPORTED BY:  SHARRON F. ALLEN, CSR, RPR
              CSR NO. 1144
```

1   Q.   Your job is not just violence, though,
2   of inmates; it's violence, security of your
3   officers and the public.  Right?
4   A.   Very much so, sir.
5   Q.   You guys have pretty violent people in
6   your prison?
7   A.   Yes, sir.
8        MR. WAIDE:  Object to the form.  It's
9   leading.
10  BY MR. LONG-DANIELS:
11  Q.   Tell us the most violent level of
12  prisoner that you have there.
13  A.   Well, I have zero inmate at my facility
14  that are there for jaywalking.  I can assure you
15  of such.  Some of the most violent inmates that
16  I have are what we call "long-term segregation
17  offenders" or maximum security offenders.  Some
18  of these offenders are housed in Mississippi
19  Department of Corrections at Marshall for
20  violent crimes -- murder, rape, ag murder,
21  burglary -- but they are classified as long-term
22  segregation offenders because, while they've
23  been incarcerated, they've seriously assaulted
24  staff or other offenders.  That has raised their
25  security level from medium or close to long-term