**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**DR. AMY R. WOODS**                                                                                                     **PLAINTIFF**

**VS.**                                           **CAUSE NO. 3:19-CV-00234-NBB-RP**

**MHM HEALTH PROFESSIONALS, LLC, D/B/A
CENTURION PROFESSIONALS;
MANAGEMENT & TRAINING CORPORATION;
JESSE WILLIAMS, INDIVIDUALLY; AND
JOHN DOES 1-9**                                                                              **DEFENDANTS**

**PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION
FOR SUMMARY JUDGMENT OF DEFENDANTS
MANAGEMENT & TRAINING CORPORATION AND
JESSE WILLIAMS, INDIVIDUALLY**

      COMES NOW Plaintiff Dr. Amy R. Woods ("Dr. Woods"), by and through counsel, and files this Response in Opposition to Motion for Summary Judgment of Defendants Management & Training Corporation ("MTC") and Jesse Williams, Individually ("Williams") [Doc. 129], and in support thereof would respectfully show unto the Court as follows:

      1.     MTC and Williams filed their Motion for Summary Judgment [Doc. 129] on October 26, 2020.

      2.     Dr. Woods will show that MTC's and Williams' motion [Doc. 129] is not well-taken.

      3.     In support of this response, Dr. Woods relies on the following evidentiary material:

          a.     Curriculum vitae of Dr. Amy R. Woods, attached hereto as Exhibit "A";

          b.     Deposition of Dr. Amy Woods, attached hereto as Exhibit "B";

c. Agreement Between the State of Mississippi Department of Corrections and Centurion of Mississippi, LLC for Onsite Inmate Health Services, attached hereto as Exhibit "C";

d. Deposition of Jerry Williams, attached hereto as Exhibit "D";

e. Deposition of Beverly McMullen, attached hereto as Exhibit "E";

f. Offer of Employment, dated October 12, 2016, attached hereto as Exhibit "F";

g. Deposition of Dr. Clayton Ramsue, attached hereto as Exhibit "G";

h. Deposition of Travis Day, attached hereto as Exhibit "H";

i. Deposition of April Meggs, attached hereto as Exhibit "I";

j. Email from Hunter Williamson to Dr. Woods, dated August 27, 2018, attached hereto as Exhibit "J";

k. Deposition of Kristie Huff, attached hereto as Exhibit "K";

l. Statement of Dr. Woods, dated June 25, 2019, attached hereto as Exhibit "L";

m. Email from Travis Day to April Meggs, dated June 18, 2019, attached hereto as Exhibit "M";

n. Email from Travis Day to Jesse Williams, dated June 18, 2019, attached hereto as Exhibit "N";

o. Deposition of Sara Revell, attached hereto as Exhibit "O";

p. Involuntary Termination Report, attached hereto as Exhibit "P";

q. Deposition of Representative Bill Kinkade, attached hereto as Exhibit "Q";

r. Deposition of Jesse Williams, attached hereto as Exhibit "R";

s. Deposition of Grace Owens, attached hereto as Exhibit "S"; and

t. Email from Jesse Williams to Travis Day, dated June 26, 2019, attached hereto as Exhibit "T."

4.	A memorandum brief in opposition to MTC's and Williams' motion [Doc. 129] is being filed concurrently herewith.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Dr. Amy R. Woods respectfully requests that the Motion for Summary Judgment of Defendants Management & Training Corporation and Jesse Williams, Individually [Doc. 129] be denied on the First Amendment and intentional interference claims.

RESPECTFULLY SUBMITTED, this the 23rd day of November, 2020.

DR. AMY R. WOODS, Plaintiff

By:	/s/ Jim Waide
Jim Waide, MS Bar No. 6857
waide@waidelaw.com
Rachel Pierce Waide, MS Bar No. 100420
rpierce@waidelaw.com
WAIDE & ASSOCIATES, P.A.
332 North Spring Street
Tupelo, MS 38804-3955
Post Office Box 1357
Tupelo, MS 38802-1357
(662) 842-7324 / Telephone
(662) 842-8056 / Facsimile

R. Shane McLaughlin, MS Bar No. 101185
rsm@mclaughlinlawfirm.com
McLAUGHLIN LAW FIRM
347 North Spring Street
Tupelo, MS 38804-3943
Post Office Box 200
Tupelo, MS 38802-0200
(662) 840-5042 / Telephone
(662) 840-5043 / Facsimile

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

This will certify that undersigned counsel for Plaintiff has this day filed the above and foregoing with the Clerk of the Court, utilizing the federal court electronic case data filing system (CM/ECF), which sent notification of such filing to the following:

**Elizabeth Ross Hadley, Esquire**
**Greenberg Traurig, LLP**
**300 West 6th Street, Suite 2050**
**Austin, TX 78701-4236**
**hadleye@gtlaw.com**
**pinkertonv@gtlaw.com**
**weathingtonm@gtlaw.com**
**kellyc@gtlaw.com**
**dumitrul@gtlaw.com**
**harrisa@gtlaw.com**
**GableL@gtlaw.com**

**David W. Long-Daniels, Esquire**
**Greenberg Traurig, LLP**
**3333 Piedmont Road NE, Suite 2500**
**Atlanta, GA 30305-1780**
**long-danielsd@gtlaw.com**
**thomasr@gtlaw.com**

**Jacob R. Dean, Esquire**
**Greenberg Traurig, LLP**
**3333 Piedmont Road NE, Suite 2500**
**Atlanta, GA 30305-1780**
**deanj@gtlaw.com**
**thomasr@gtlaw.com**

**COUNSEL FOR DEFENDANT MHM HEALTH PROFESSIONALS, LLC D/B/A CENTURION PROFESSIONALS**

**Timothy M. Peeples, Esquire**
**Daniel Coker Horton and Bell, P.A.**
**Post Office Box 1396**
**Oxford, MS 38655-1396**
**Tpeeples@danielcoker.com**
**sbelk@danielcoker.com**
**nmoore@danielcoker.com**
**ttaylor@danielcoker.com**

**J. Caroline Johnson, Esquire**
**Daniel Coker Horton and Bell, P.A.**
**Post Office Box 1396**
**Oxford, MS 38655-1396**
**cajohnson@danielcoker.com**
**nmoore@danielcoker.com**

**COUNSEL FOR DEFENDANTS MANAGEMENT & TRAINING CORPORATION AND JESSE WILLIAMS**

DATED, this the 23rd day of November, 2020.

                                              */s/ Jim Waide*
                                              Jim Waide