

# Involuntary Termination Report

| EMPLOYEE INFORMATION | | |
|---|---|---|
| **NAME (LAST):** Woods | **(FIRST):** Amy | **POSITION TITLE:** Site Medical Director |
| **CONTRACT:** MSDOC | | **LOCATION/FACILITY:** Marshall County Correctional Facility   Holly Springs, MS |
| **DIRECT SUPERVISOR:** Dr. Clayton Ramsue | **VPO/PM:** April Meggs | **HR BUSINESS PARTNER:** Kristie Huff |
| **HIRE DATE:** 11/8/2016 | **TERMINATION DATE:** 6/28/2019 | **LAST DAY WORKED:** 6/25/2019 |
| **IS THE EMPLOYEE ELIGIBLE FOR REHIRE?:** Yes - Employee is eligible for rehire | | **IS THE COMPANY GOING TO CONTEST UNEMPLOYMENT?:** Yes - The company will contest unemployment |

| PERFORMANCE COUNSELING HISTORY | |
|---|---|
| **WAS THERE A DOCUMENTED VERBAL WARNING:** No - There was not a documented verbal warning | **IF YES, PLEASE PROVIDE THE DATE:** |

| DATES OF WRITTEN WARNINGS (IF APPLICABLE): | | |
|---|---|---|
| **FIRST WRITTEN DATE:** | **SECOND WRITTEN DATE:** | **FINAL WRITTEN DATE:** |

**COMMENTS (HIGHLIGHT ANY PRIOR COUNSELING):**

## REASON FOR TERMINATION

**SELECT THE REASON FOR TERMINATION:**
Facility or DOC Lock-Out

**IF YOU SELECTED OTHER OR HAVE ADDITIONAL REASONS FOR TERMINATION, PLEASE EXPLAIN:**

**SUMMARY OF EVENT THAT PRECIPITATED TERMINATION (OUTLINE MOST RECENT EVENT OR BEHAVIOR):**
CID contacted April Meggs, VPO regarding lockout on Dr. Amy Woods. The accusation was Dr. Woods had spoken to outside representation on numbers and security at MTC. Dr. Woods indicated this statement to be false. The Warden met with Dr. Amy Woods, and H.S.A. Travis Day and informed her he did not feel comfortable with her coming/going out of the facility. The H.S.A. received correspondence from Warden her security clearance had bee revoked.

## TERMINATION MEETING SUMMARY

| **HOW WAS THE NOTICE OF TERMINATION COMMUNICATED TO THE EMPLOYEE:** Phone Call | **WAS AN EXIT PACKAGE PROVIDED TO THE EMPLOYEE?:** Yes - An exit package was provided to the employee |
|---|---|

**WHO WAS PRESENT FOR THE TERMINATION MEETING?:**
Dr. Clayton Ramsue spoke with Dr. Amy Woods regarding termination.

Involuntary Termination Report v. 2/18/19

**EXHIBIT "P"**

MHMHP 000077



| PROVIDE A SUMMARY OF THE TERMINATION MEETING: | |
|---|---|
| HR REVIEW?<br>Yes - The termination was reviewed with HR | MANAGEMENT APPROVAL?<br>Yes - The termination was approved by management |

## ADDITIONAL COMMENTS

| |
|---|
| |

## TO BE COMPLETED BY HUMAN RESOURCES

All appropriate documentation must be forwarded to Corporate HR. This report will be kept in the employee's personnel file and may be submitted to unemployment if requested.

| NAME OF PERSON COMPLETING THIS REPORT:<br>Kristie Huff | DATE REPORT WAS COMPLETED:<br>7/2/2019 |
|---|---|
| HR BUSINESS PARTNER SIGNATURE: | DATE: |

Involuntary Termination Report v. 2/18/19

# Personnel Change Notice (PCN)

Submit all PCNs to: **HRInbox@mhm-services.com** OR for LOA submit to: **LeaveAdministrator@mhm-services.com**
Deadline for submitting PCN: Tuesday 5:30 pm EST the week of "Payroll Open"

## Employee Information

| | | | |
|---|---|---|---|
| **Name:** | Woods, Amy | **EE ID#:** | 213242 |
| **PCN Effective Date:** | 6/28/2019 | | |

*Effective date on all actions, except terminations, LOAs, and return to work, should be on the <u>first day of pay period.</u>*

| | | | |
|---|---|---|---|
| **Title:** | Site Medical Director | **Program:** | Mississippi DOC |
| **Facility:** | Marshall CCF | **Supervisor:** | Travis Day |
| **Type:** | Full time | **Hours/week:** 40 | **Union Position:** ○ Yes ● No |

### Title/Job Change
- **New Title:**
- Select if the title is in the contract matrix:
- No - position is not in the matrix (contact Finance)
- **Number of New Hours:**
- **New Position Number:**

### Rate Change
Select the reason for the rate change:
**Explanation** *(if other)*:
- **Old Rate:** ○ Per Year ○ Per Hour
- **New Rate:** ○ Per Year ○ Per Hour
- **Budgeted Rate:** ○ Per Year ○ Per Hour

### Status/Hours Change
- Select the employee's new status:
- **New Hours per Week:**
- Select if EE was FTE or PTE in last six months:
- **Union Eligible** (PDP or BSH employees): ○ Yes ○ No
- **New Position Number:**

### Leave of Absence
- Select if EE is starting or returning from LOA:
- **Leave Start Date:**
- **Estimated RTW Date:**
- **Actual RTW Date:**
- Select if leave is due to suspension:
- If suspension - with or without pay:
- Select if leave is due to Workers' Compensation:

### Program or Facility Transfer
- Facility ○   Program ○
- **New Location:**
- **New Supervisor:**
- **New Position Number:**

### Termination Information [X]
- Involuntary (attach explanation)
- Yes - EE eligible for rehire
- **Last Day Worked:** 6/25/2019

## Preparation Information

**Remarks:**

| | | | | | |
|---|---|---|---|---|---|
| **Prepared by:** | Owens, Grace | **Title:** | | **Date:** | 6/28/2019 |
| **Approved by:** | Meggs, April | **Title:** | | **Date:** | 6/28/2019 |

### HR Processing

| | | | | | |
|---|---|---|---|---|---|
| **Received in HR Inbox:** | 6/28/2019 | **Processed Date:** | 7/1/2019 | **By:** | Rohatgi, Shikha |
| **Revised by HR:** | | **Reposted Date:** | | **By:** | |

Reset Form

Effective 11.9.16

**MHMHP 000079**

COMMENTS :

Share Admin at 6/28/2019 5:15:13 PM : LazyApproval by AMeggs@TeamCenturion.com  Approve

April Meggs, BSN, CCHP, CC-NM

Vice President of Operations

[cid:image003.png@01D4C228.62473060]

111 East Capitol St.

Jackson, MS. 39201

Direct: 601-965-5971

Mobile: 601-788-4752

Fax: 601-965-5975

ameggs@teamcenturion.com | CenturionManagedCare.com

Owens, Grace at 6/28/2019 4:53:06 PM : Employee termination due to security lock out.