IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

DR. AMY R. WOODS                                                                                    PLAINTIFF

VS.                                                                         CAUSE NO. 3:19-CV-00234-NBB-RP

MHM HEALTH PROFESSIONALS, LLC, D/B/A
CENTURION PROFESSIONALS;
MANAGEMENT & TRAINING CORPORATION;
JESSE WILLIAMS, INDIVIDUALLY; AND
JOHN DOES 1-9                                                                                     DEFENDANTS

## ORDER

This cause comes before the court upon the defendants' motions to exclude or limit certain expert opinions. Specifically, the defendants move to exclude or limit the testimony of the plaintiff's expert Dr. Edmund Miller, whom the plaintiff has designated to offer opinions about the necessity of medical care for certain inmates at Marshall County Correctional Facility. The defendants move to exclude Dr. Miller's testimony as to the proper authority in a prison system over medical decision-making and to exclude legal conclusions. The plaintiff concedes that Dr. Miller should not be allowed to offer legal opinions at trial and assures the court that such opinions will not be elicited; but the plaintiff asserts that Dr. Miller is a qualified expert as to the medical decision-making process and can offer admissible opinions on this topic at trial.

Having reviewed the motions, responses, and submissions, the court is satisfied that Dr. Miller has used "reliable methods to reach his opinions; and those opinions [are] relevant to the facts of the case." *Guy v. Crown Equip. Corp.*, 394 F.3d 320, 325 (5th Cir. 2004) (citing *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 593-94 (1993)). The court will, of course, not allow Dr. Miller to testify regarding legal conclusions, but testimony on the subjects the

plaintiff proposes will be allowed, subject to the Federal Rules of Evidence regarding admissibility and other considerations.

Accordingly, the court finds that the defendants' motions to exclude or limit certain expert opinions are **DENIED**.

**SO ORDERED AND ADJUDGED** this 24th day of September, 2021.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE