## JURY VERDICT FORM

1. Do you find by a preponderance of the evidence that Defendant Centurion discharged Plaintiff in violation of public policy? YES ✓ / NO ___

2. Do you find by a preponderance of the evidence that Defendants MTC and Williams caused Plaintiff's security clearance to be revoked, in violation of her First Amendment free speech rights? YES ✓ / NO ___

3. Do you find by a preponderance of the evidence that the Defendants MTC and Williams intentionally interfered with Plaintiff's employment? YES ✓ / NO ___

4. If you answered all of the above questions as "No," then tell the Marshal you have reached a verdict. If you answered any one or more of the above questions as "Yes," then answer the following questions:

    a. What amount of actual damages do you award Plaintiff Dr. Amy Woods?

    $67,000 – lost income
    $100,000 – mental anxiety

    *Delilie Davis*
    3/24/22

48

Do you find that the Defendant NTC should be assessed Punitive Damage

Yes ✓

No ___

If you answered Yes, in what amount?

$ 1 million

If you answered No, return to the courtroom.

Delilah Dawes
3/24/22